SERGEI LEMBERG (admitted *Pro Hac Vice*)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

Attorneys for Plaintiff,
Catherine Evon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Evon,<br><br>  Plaintiff,<br><br>vs.<br><br>Law Offices of Sidney Mickell, and Does 1-100, Inclusive<br><br>  Defendants. | No.: 2:09-CV-00760-JAM-GGH<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL**<br><br>Date:   December 10, 2009<br>Time:   10:00 a.m.<br>Judge:  Hon. Gregory G. Hollows<br>Room:   24 |

TO: DEFENDANTS, LAW OF SIDNEY MICKELL AND DOES 1-100 INCLUSIVE AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on December 10, 2009 in Courtroom No. 24 or as soon thereafter as the matter may be heard, Catherine Evon ("Catherine" or "Plaintiff"), through her attorneys of record, will and hereby does move this Court to compel Defendants to produce certain documents and answer certain interrogatories responsive to Plaintiff's August 27, 2009, First Request to Each Defendant for Production of Documents and First Set of Interrogatories to Each Defendant. Plaintiff makes this motion under Federal Rule of Civil Procedures 37(a)(4) on the grounds that Defendants' responses and production are evasive, incomplete and must be treated as a failure to disclose, answer, or respond. Plaintiff further moves the Court to impose sanctions under Federal Rule of Civil Procedure 37(a)(5).

The Motion will be supported by this Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreements, the Declaration of Sergei Lemberg in Support of the Joint Statement Regarding Discovery Disagreements, the exhibits attached thereto, the Certificate of Good-Fair Attempt at Resolution attached hereto and all evidence and arguments as may come before the Court upon the hearing of this matter.

| | | |
|---|---|---|
| 1 | Dated:   October 29, 2009 | SERGEI LEMBERG |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Sergei Lemberg |
| 5 | | (admitted *pro hac vice*) |
| | | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 29, 2009, a copy of the foregoing Plaintiff's Notice of Motion and Motion to Compel was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Mark E. Ellis, Esq.
Jeffrey E. Levine, Esq.
Ellis, Coleman, Poirier,
Lavoie, & Steinheimer LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Attorneys for Defendants

_____
SERGEI LEMBERG

SERGEI LEMBERG (admitted *Pro Hac Vice*)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

Attorneys for Plaintiff,
Catherine Evon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Evon,<br><br>        Plaintiff,<br><br>vs.<br><br>Law Offices of Sidney Mickell; and Does 1-100 Inclusive,<br><br>        Defendants. | No.: 2:09-CV-00760-JAM-GGH<br><br>**CERTIFICATE OF GOOD-FAITH ATTEMPT AT RESOLUTION OF DISPUTES IN REGARDS TO DEFENDANTS' REPONSES TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>Date:   December 10, 2009<br>Time:   10:00 a.m.<br>Judge:  Hon. Gregory G. Hollows<br>Room:   24 |

# GOOD-FAITH CERTIFICATE OF ATTEMPT AT RESOLUTION OF DISCOVERY DISPUTE

Plaintiff's counsel, Sergei Lemberg, hereby certifies that he has made multiple efforts, in good faith, to confer with Defendants' counsel in regards to their obligations under Rules 33 and 34 of the Federal Rules of Civil Procedure, in an effort to secure production and responses without court action.

Plaintiff's efforts were met with the Defendants' willful refusal to comply with their obligations.

Dated:   October 29, 2009

SERGEI LEMBERG

By: _____
Sergei Lemberg
(admitted *pro hac vice*)
Attorney for Plaintiff

- 2 -

CERTIFICATE OF GOOD-FAITH ATTEMPT AT RESOLUTION OF DISPUTES IN REGARDS TO DEFENDANTS' REPONSES TO PLAINTIFF'S DISCOVERY REQUESTS
2:09-CV-00760-JAM-GGH