IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHERINE EVON,

      Plaintiff,                      CIV. NO. S- 09-0760 JAM GGH

  vs.

LAW OFFICES OF SIDNEY MICKELL, et al.,

      Defendants.               SUMMARY ORDER

_____/

      At the request of defendants, a telephone conference was held on November 30, 2009, concerning plaintiff's motion to compel, presently calendared for hearing on December 10, 2009.  John Dahlberg represented defendants.  Sergei Lemberg represented plaintiff.

      Good cause appearing, IT IS ORDERED that:

      1.  By December 4, 2009, counsel for plaintiff shall inform counsel for defendants which discovery requests are being withdrawn.

      2.  Defendants shall provide complete responses, including production of documents for inspection, to plaintiff's discovery requests by December 17, 2009.

      3.  The December 10, 2009 hearing on the motion to compel is continued to January 14, 2010, if necessary.

\\\\\

1

1        4.  A joint statement in accordance with E.D. Local Rule 37-251 shall be filed by

2    January 7, 2010, if necessary.

3    DATED: December 2, 2009

4                                                    /s/ Gregory G. Hollows

5                                                    _____
                                                     GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE
6    GGH:076
     Evon0760.ord.wpd
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26