1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                       EASTERN DISTRICT OF CALIFORNIA
8

9  | CATHERINE EVON,                          | Case No. 2:09-CV-00760-JAM-GGH
10 |          Plaintiff,                       |
11 |  v.                                       | **ORDER GRANTING THE PARTIES'**
   |                                           | **STIPULATED PROTECTIVE ORDER**
12 | LAW OFFICES OF SIDNEY MICKELL; and        |
   | SIDNEY MICKELL, ESQ.; and DOES 1          |
13 | through 100, inclusive,                   |
14 |          Defendants.                      |

15

16     This Court has considered the Parties' Joint Statement of Good Cause and Stipulated

17 Protective Order.

18     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Parties'

19 Stipulated Protective Order IS GRANTED with the following addition.  The substantive

20 standards set by the Ninth Circuit for filing documents under seal are found in Pintos v. Pac.

21 Creditors Assn., 565 F.3d 1106, 1115 (9th Cir. 2009) and Phillips v. General Motors Corp., 307

22 F.3d 1206, 1210 (9th Cir. 2002).

23 IT IS SO ORDERED.

24

25 Dated:  December 2, 2009              /s/ Gregory G. Hollows
                                         _____
26                                       UNITED STATES MAGISTRATE JUDGE

27 Evon.ord

28