LEMBERG & ASSOCIATES LLC
SERGEI LEMBERG (admitted *Pro Hac Vice*)
1100 Summer Street, 3rd Floor
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

Attorneys for Plaintiff,
CATHERINE EVON

DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY (SBN 191414)
JOHN N. DAHLBERG (SBN 085122)
ANGEL R. SEVILLA (SBN 194462)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:  (415) 397-2700
Facsimile:  (415) 397-3300
djk@dillinghammurphy.com
jnd@dillinghammurphy.com
ars@dillinghammurphy.com

Attorneys for Defendants
LAW OFFICES OF SIDNEY MICKELL and
SIDNEY MICKELL, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE EVON, <br><br>             Plaintiff, <br><br>  v. <br><br> LAW OFFICES OF SIDNEY MICKELL; and SIDNEY MICKELL, ESQ.; and DOES 1 through 100, inclusive, <br><br>             Defendants. | Case No.  2:09-CV-00760-JAM-KJN <br><br> **JOINT MID-LITIGATION STATEMENT** <br><br><br> Judge:  Magistrate Judge Kendall J. Newman <br> Room:  Courtroom 25, 8th Floor |

    The parties hereby submit the following Joint Mid-Litigation Statement pursuant to the

Court's Pre-trial Scheduling Order on June 19, 2009.

///

///

# JOINT MID-LITIGATION STATEMENT

Plaintiff Catherine Evon, on behalf of herself and others similarly situated, filed this action against Defendants, Law Office of Sidney Mickell and Sidney Mickell, Esq., for alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq*. The initial Complaint was filed on March 18, 2009. Defendants' operative Answer was filed on June 3, 2009. Plaintiff obtained a leave to amend her complaint on August 31, 2009.

Plaintiff filed a motion to compel discovery responses on October 29, 2009. The motion was heard before the Honorable Gregory Hollows. The Court issued its decision on Plaintiff's Motion on February 3, 2010.

Defendants filed a motion to compel supplemental disclosures to Plaintiff's Rule 26 Initial Disclosures on December 29, 2009. The parties resolved their differences before the hearing and, accordingly, Defendants withdrew their motion.

The parties have stipulated to the following:

- Plaintiff has agreed to withdraw, with prejudice, any claim in her own behalf for actual damages.
- Plaintiff has agreed to withdraw, with prejudice, her 8th Claim for Relief for alleged violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq*.
- Defendants agree to withdraw the deposition subpoenas served on Jessica Evon and Crystal Evon.
- Plaintiff will not offer any testimony or declaration from Jessica Evon and/or Crystal Evon in this action, including rebuttal; provided, however, that the foregoing may not be construed as a waiver of plaintiff's right to present testimony from any witness for the purpose of rebutting testimony concerning the content of a direct communications with that witness.

///

///

1
2
3
4
5
6
7
8
9
10
11

- The parties have postponed the deposition of Daniel Evon, without date. Following the depositions of Defendants' witnesses on March 25 and 26, 2010, counsel will confer with respect to the outstanding subpoena to depose Daniel Evon. If the parties can then agree that neither intends to offer Mr. Evon's testimony, then a stipulation on the same terms as set forth above with respect to Jessica Evon and Crystal Evon will be entered into as to Daniel Evon. If, however, either party believes in good faith that Mr. Evon could be called as a witness, counsel will confer and submit a stipulation for a limited extension of the discovery cut off with respect to Mr. Evon's deposition, so that Defendants can take Mr. Evon's deposition no later than April 20, 2010 and, if necessary, the parties can engage in a good faith meet and confer effort and Plaintiff can apply for a protective order.

12
13
14
15
16

The parties are in the process of resolving a number of issues from each other's production. If these issues are not resolved, a motion to compel may be filed. Plaintiff anticipates moving for class certification and summary judgment by May 5, 2010. Defendants also anticipate filing a Motion for Summary Judgment and/or Partial Summary Judgment, an opposition to class certification, and may file a motion for judgment on the pleadings.

17

Respectfully submitted,

18  DATED: March 17, 2010

19
20
21
22

/s/ Sergei Lemberg_____

SERGEI LEMBERG
Attorneys for Plaintiff
Catherine Evon

23  DATED: March 17, 2010

24
25
26
27
28

/s/ Angel R. Sevilla_____

ANGEL R. SEVILLA
JOHN N. DAHLBERG
Attorneys for Defendants
LAW OFFICES OF SIDNEY MICKELL
and SIDNEY MICKELL, ESQ.