# EXHIBIT A

# The Law Office of Sidney Mickell



# Collector's Handbook

The Law Office of Sidney Mickell – Training Department
**CONFIDENTIAL**

1

SM 00255

# INTRODUCTION

Welcome to the Law Office of Sidney Mickell, and the field of collections.

The Law Office of Sidney Mickell has been retained by clients to collect their debts. Companies have a choice as to how they wish to collect the money owed to them. Some companies use "in house" collectors. Others retain the services of conventional outside collection agencies, that can have a "boiler room" image, and utilize less than professional collection tactics. Some, as do our clients, prefer to utilize the services of Law Firms to do their collections for them.

Many financial institutions feel that the professionalism exhibited by Law Firms is a far more appealing way to collect debts. Additionally, many feel that when one is associated with a Law Firm, rather than a standard collection agency, some debtors are more responsive to requests to pay their bills.

We, at the Law Office of Sidney Mickell, separate ourselves from the rest of the collection industry in many ways. Our philosophy in collections, is to treat each debtor in the same way that *you* would want to be treated. Every debtor is someone's mother, daughter, sister, or wife. Every man is someone's father, son, brother or husband. We insist that our employee treat every debtor as they would want their parent, child, sibling, or spouse, to be treated.

We do not raise our voice when speaking with a debtor, we do not become insulting or belligerent in conversations with debtors, nor do we allow the tone of any communication to escalate to the point of generating complaints. We strictly adhere to all State and Federal Collection laws. Behavior in violation of the law, or our policies, will not be tolerated.

By the same token, a business can be no better than the people working for it. Our philosophy in dealing with employees goes hand in hand with our policy of professionalism. We want our employees to know and understand the law, and we want to arm our employees with the best tools and training available, to help them succeed in this industry.

SM 00256

One's training in this field never ends.  There is always something someone can learn to do their job better, to be more successful, and to make more money.  We at the Law Office of Sidney Mickell recognize that fact, and we will give you every tool possible, needed for your continued success.  So, in addition to your initial training, and this handbook, you will receive side by side training from your frontline manager.  If there is anything you do not know, or do not understand, your frontline manager is there to help you, please be sure to take advantage of this valuable resource.

If you understand the law, learn the ideas and concepts in this handbook, treat debtors the way that they should be treated, and use your frontline manager as a resource when you need help, you will have a large likelihood of success in this profitable and exciting business.  I welcome you.

Sidney H. Mickell
Attorney at Law

SM 00257

# Table of Contents

- Introduction
- Table of Contents ............................................. Pg 1
- Daily Work Schedule ....................................... Pg 4
- Action & Result Codes ..................................... Pg 5
- Law Office Information .................................... Pg 6
- FDCPA – Fair Debt Collection Practices Act ........ Pg 7
- FDCPA – State Specific Laws ........................... Pg 8
- Collections Metrics ......................................... Pg 29
- Negotiations ................................................. Pg 32
- Attitude vs. Ability – Knowing your debtor .......... Pg 33
- Exercise – Which debtor is most likely to pay ....... Pg 38
- Rebuttals ..................................................... Pg 39
- Resources for Money ...................................... Pg 41
- Leaving Messages .......................................... Pg 48
- Steps for Each Call ........................................ Pg 50
- The Standard Demand (Script) .......................... Pg 51
- New Business Activation .................................. Pg 53
                                                              Pg 54

# The Daily Work Schedule

## The Early Shift

6 am to 9:15 am  Prime Time  (NO SKIPPING)
9:15 am to 9:30 am  BREAK
9:30 am to 11 am  Call & Skip Actives
11 am to 12 pm  LUNCH
12 pm to 1 pm  Regular Skips
1 pm to 1:45 pm  Call & Skip Goods
1:45 pm to 2 pm  BREAK
2 pm to 3 pm  Finish Calls & Skipping Actives

## The Late Shift

9 am to 12:15 pm  Call & Skip Actives
12:15 pm to 12:30 pm  BREAK
12:30 pm to 1 pm  Regular Skips
1 pm to 2 pm  Call & Skip Goods
2pm to 3pm  LUNCH
3 pm to 4:45 pm  Prime Time (NO SKIPPING)
4:45 pm to 5 pm  BREAK
5 pm to 6 pm  Prime Time (NO SKIPPING)

***The Last Saturday of EVERY Month is a Mandatory Work Day***

*****DAILY WORK SCHEDULE CAN CHANGE UPON*****
DISCRETION OF MANAGEMENT & BUSINESS NEEDS

SM 00259

# ACTION AND RESULTS CODES

| PERSON CODES | | | RESULT CODES CONT. | |
|---|---|---|---|---|
| ATT | Attorney | HCI | Hold for Client Info |
| CLI | Client | HCP | Hold for Client Payment |
| COL | Collector | HCV | Hold for Client VOD |
| DTR | Debtor | HU | Debtor Hung Up |
| OTH | Other | LB | Line Busy |
| **ACTION CODES** | | LNM | Left No Message |
| RA | Review Account | NA | No Answer |
| TA | Telephoned Attorney | NI | New Information |
| TDH | Telephoned Debtors Home | NL | No Listing |
| TDW | Telephoned Debtors Work | NS | No Longer in Service |
| TNB | Telephoned Nearby | OH | On Hold |
| TE | Telephoned Employer | ON | On Notice |
| TO | Telephoned Office | PD | Post Dates |
| TOP | Telephoned Operator | PP | Promise to Pay |
| TOR | Telephoned Other | PR | Edit Personal Information |
| **RESULT CODES** | | RCR | Request CBR |
| AA | Attorney on Account | RH | Request Hold |
| AC | Active | RL | Request Letter |
| AS | Attempted Skip | RP | Request Paid |
| BK | Bankruptcy | RS | Request Suit |
| BN | Edit Bank/Asset Info | SF | Schedule Follow-up |
| CBR | Credit Bureau Report | SWD | Spoke With Debtor |
| CN | Collector Notes | SWA | Spoke With Attorney |
| DCD | Deceased | SWO | Spoke With Other |
| EM | Edit Employment | SWS | Spoke With Spouse |
| GON | General On Notice | WN | Wrong Number |

# INFORMATION FOR THE
# LAW OFFICE OF SIDNEY MICKELL

| ADDRESS & PHONE NUMBERS | WESTERN UNION PAYMENT INFO |
|---|---|
| 5050 Palo Verde Suite #113, Montclair, Ca 91763 | Payable To: |
| Toll Free Phone Number - 866-204-3786 | City Code: |
| Local Phone Number - 909-568-0750 | State Code:    REDACTED |
| Fax Number - 909-568-0766 | Acct # |

| F.D.C.P.A | | IBT - WIRE TRANSFER |
|---|---|---|
| F | Follow The Law | Wire Funds To: |
| D | Don't Be Rude | Bank Name: |
| C | Cover The Basics | City of Bank:    REDACTED |
| P | Polite And Respectful | Routing Number: |
| A | All The Time | Account Number: |

| MANNY'S 4 RULES | OVERNIGHT PACKAGES |
|---|---|
| Always Tell The Truth | USPS |
| Always Assume You Are Being Recorded | DHL |
| Never Ever Piss Off A Debtor | FED EX    REDACTED |
| Never Ever - Ever Piss Off An Attorney | UPS |

The Law Office of Sidney Mickell – Training Department
**CONFIDENTIAL**
7

SM 00261

# FDCPA

## FAIR DEBT COLLECTION PRACTICES ACT



# § 801.  Short Title [15 USC 1601]

This title may be cited as the "Fair Debt Collection Practices Act."

# § 802.  Congressional findings and declarations of purpose [15 USC 1692]

(a) There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

(b) Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

(c) Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

(d) Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

(e) It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

# § 803.  Definitions [15 USC 1692a]

As used in this title --

   (1) The term "**Commission**" means the Federal Trade Commission.

   (2) The term "**communication**" means the conveying of information regarding a debt directly or indirectly to any person through any medium.

   • **Communication includes verbal conversations, written letters, and email.**

SM 00263

(3) The term "**consumer**" means any natural person obligated or allegedly obligated to pay any debt.

(4) The term "**creditor**" means any person who offers or extends credit creating a debt or to whom a debt is owed, but such term does not include any person to the extent that he receives an assignment or transfer of a debt in default solely for the purpose of facilitating collection of such debt for another.

(5) The term "**debt**" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

(6) The term "**debt collector**" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such debts. For the purpose of section 808(6), such term also includes any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the enforcement of security interests. The term does not include --

(A) any officer or employee of a creditor while, in the name of the creditor, collecting debts for such creditor;

(B) any person while acting as a debt collector for another person, both of whom are related by common ownership or affiliated by corporate control, if the person acting as a debt collector does so only for persons to whom it is so related or affiliated and if the principal business of such person is not the collection of debts;

SM 00264

(C) any officer or employee of the United States or any State to the extent that collecting or attempting to collect any debt is in the performance of his official duties;

(D) any person while serving or attempting to serve legal process on any other person in connection with the judicial enforcement of any debt;

(E) any nonprofit organization which, at the request of consumers, performs bona fide consumer credit counseling and assists consumers in the liquidation of their debts by receiving payments from such consumers and distributing such amounts to creditors; and

(F) any person collecting or attempting to collect any debt owed or due or asserted to be owed or due another to the extent such activity (i) is incidental to a bona fide fiduciary obligation or a bona fide escrow arrangement; (ii) concerns a debt which was originated by such person; (iii) concerns a debt which was not in default at the time it was obtained by such person; or (iv) concerns a debt obtained by such person as a secured party in a commercial credit transaction involving the creditor.

(7) The term "**location information**" means a consumer's place of abode and his telephone number at such place, or his place of employment.

(8) The term "**State**" means any State, territory, or possession of the United States, the District of Columbia, the Commonwealth of Puerto Rico, or any political subdivision of any of the foregoing.

SM 00265

# § 804.  Acquisition of location information [15 USC 1692b]

### (Commonly referred to as "skip-tracing.")

Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall —

(1) <u>identify himself</u>, state that he is <u>confirming or correcting location information concerning the consumer</u>, and, ***only if expressly requested, identify his employer;***

(2) not state that such consumer owes any debt;

**It is a violation of the FDCPA to discuss the debt or <u>reveal the existence of a debt</u> with a third party.**

(3) not communicate with any such person more than once unless requested to do so by such person or unless the debt collector reasonably believes that the earlier response of such person is erroneous or incomplete and that such person now has correct or complete location information;

**A verification of employment (VOE) can only be used to confirm or correct location information and <u>should be used only once</u>.**

(4) not communicate by post card;

(5) not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and

(6) after the debt collector knows the consumer is represented by an attorney with regard to the subject debt and has knowledge of, or can readily ascertain, such attorney's name and address, not communicate with any person other than that attorney, unless the attorney fails to respond within a reasonable period of time to the communication from the debt collector.

SM 00266

# § 805. Communication in connection with debt collection   [15 USC 1692c]

(a) COMMUNICATION WITH THE CONSUMER GENERALLY.  Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt --

   (1) at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer. In the absence of knowledge of circumstances to the contrary, a debt collector shall assume that the convenient time for communicating with a consumer is after 8 o'clock antemeridian (am), and before 9 o'clock postmeridian (pm), local time at the consumer's location;

   > Between 8:00 a.m. and 9:00 p.m., daily, in the **consumers' time zone,** "in the absence of knowledge to the contrary."

   > *"Any knowledge to the contrary":* any information provided to you by the consumer, or any other party, that indicates the place, time, or method, is or is not convenient.

   > **Examples:**

   > "Don't call me until noon."

   > "I work graveyard and sleep until 2:00 p.m."

   > "I leave for work early so call me at 7:00 a.m."

   > *Be very careful to document the account that the consumer is allowing contact at this time.*

   (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; or

   **(See Section 804 reference to attorney contact)**

SM 00267

(3) at the consumer's place of employment if the debt collector knows or has reason to know that the consumer's employer prohibits the consumer from receiving such communication.

- **"Don't call me at work." – This applies to** *any party* **making this statement. If** <u>any person</u> **advises you that no calls are allowed at the consumer's place of employment, you** *must* **oblige the request.**

(b) COMMUNICATION WITH THIRD PARTIES.  Except as provided in section 804, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than a consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

Due to more stringent <u>State Laws</u>, you must receive permission to speak with the <u>consumer's spouse</u> (provided they are not affiliated with the account) in the following states;

Alaska (AL),
Colorado (CO),
Iowa (IA),
Massachusetts (MA),
New Hampshire (NH), and
Pennsylvania (PA).

New York City, NY allows for spousal contact:
"unless the debt collector knows or has reason to know that the consumer is legally separated from or no longer living with his or her spouse."  Note: *we do not collect in New York City*

If the consumer gives prior consent to communicate with a third party, <u>you must document the account thoroughly, and accurately</u>.

If you receive an inbound call from a third party requesting information about the account, you must obtain their phone number and contact them <u>only</u> after receiving consent to communicate from the consumer.

SM 00268

## ANSWERING MACHINES AND VOICEMAIL *MUST* BE TREATED AS THIRD PARTIES!!

When leaving a message on either of these, or with any third party, you may only give;

*YOUR NAME, THE CONSUMER'S NAME, THE CALL BACK NUMBER AND EXTENSION, AND OUR REFERENCE NUMBER IS OPTIONAL.*

(c) CEASING COMMUNICATION. If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except --

(1) to advise the consumer that the debt collector's further efforts are being terminated;

(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

If such notice from the consumer is made by mail, notification shall be complete upon receipt.

(d) For the purpose of this section, the term "consumer" includes the consumer's spouse, parent (if the consumer is a minor), guardian, executor, or administrator.

SM 00269

# § 806. Harassment or abuse [15 USC 1692d]

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1) The use or threat of use of violence or other criminal means to harm the physical person, reputation, or property of any person.

### Examples

- *"I guess I will have to talk to your boss."*
- *"Is your spouse aware of this debt?"*
- *"You need to pay this debt or you will not like the consequences."*

(2) The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.

❖ The use of obscene or profane language, discriminatory statements, or any other language the consumer may find offensive or which is intended to offend the consumer is prohibited by the FDCPA.

### Examples

- Mocking the consumer's accent,
- Making derogatory remarks about the consumer's national origin, religion, race, sex, or assumed sexual preference,
- Calling the consumer a liar,
- Not allowing the consumer to answer questions without interruption,
- Swearing or the use of foul or profane language.
- Case law shows rulings against collectors for being argumentative, loud, degrading, bullying, sarcastic, demeaning and/or the combination of any or all of the above.

(3) The publication of a list of consumers who allegedly refuse to pay debts, except to a consumer reporting agency or to persons meeting the requirements of section 603(f) or 604(3)[1] of this Act.

(4) The advertisement for sale of any debt to coerce payment of the debt.

SM 00270

(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

(6) Except as provided in section 804, the placement of telephone calls without meaningful disclosure of the caller's identity.

**It is not harassment if the consumer is called in the morning, without leaving a message, and then called again later that evening.**

**If it is obvious a consumer has disconnected the call, there should be no immediate return calls placed.**

(6) Except as provided in section 804 (*location information*), the placement of telephone calls without meaningful disclosure of the caller's identity.

# § 807.  False or misleading representations [15 USC 1692e]

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

- **If any statement, written or oral, is made with the intent to have the consumer believe something *that is not true*, or to "trick" the consumer, it is a violation of the FDCPA.**

(1) The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof.

(2) The false representation of --

(A) the character, amount, or legal status of any debt; or

(B) any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt.

SM 00271

(3) The **false representation** or implication that any **individual is an attorney** or that any communication is from an attorney.

**A collector may not refer to Mr. Mickell's client, stating "My client" to a debtor, which, might imply to a consumer, that the collector is, indeed, an attorney.**

(4) The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.

**EXAMPLES (you may not say)**

- **"If you do not make a payment today, we will be forced to garnish your wages."**
- **Do not accuse the consumer of fraud or any other criminal offense.**
- **Do not threaten the consumer with arrest, or loss of property.**

(5) The threat to take any action that cannot legally be taken or that is not intended to be taken.

**EXAMPLES (you may not say)**

- **"I need to confirm your address for the service of process."**
- **"If you do not arrange to pay this debt I will refer it to our legal department."**
- **"If you don't pay the debt, you will be sued"**

(6) The false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to -

(A) lose any claim or defense to payment of the debt; or

(B) become subject to any practice prohibited by this title.

(7) The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer.

SM 00272

(8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

(9) The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval.

(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that _the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector_, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.

## DISCLOSURE:

### MINI MIRANDA

- The Mini Miranda is on all written communication and requires all collectors to disclose the Mini Miranda on their initial oral communication with the consumer.
- Some States require the disclosure of the Mini Miranda in every communication.

# "THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE."

SM 00273

## SPANISH MINI MIRANDA

# "ESTE ES UN INTENTO DE COBRAR UNA DEUDA, CUALQUIER INFORMACION OBTENIDA SERA UTILIZADA PARA ESE PROPOSITO."

*Oregon State Collection Law requires collectors to identify themselves as debt collectors, and state the Mini Miranda within the first 30 seconds of the call, after identifying you are speaking with the consumer.*

*Colorado State Collection Law requires collectors to identify themselves as debt collectors within the first 60 seconds of the call, after identifying you are speaking with the consumer.*

## IDENTIFICATION OF DEBT COLLECTOR STATUS

You must identify yourself as a Debt Collector in every communication with the consumers.

<u>EXAMPLES</u> (what to say):

"I am a debt collector calling from The Law Office of Sidney Mickell."

"My name is _____. I am a debt collector calling in reference to your _____ account."

## Monitoring Statement

Some States require the consent of both parties to monitor and record telephone conversations. The Law Office of Sidney Mickell monitors for quality, compliance, training and coaching. Therefore, it is the policy of The Law Office of Sidney Mickell to have all debt collectors advise consumers that <u>*the call may be monitored on all inbound calls.*</u>

(12) The false representation or implication that accounts have been turned over to innocent purchasers for value.

(13) The false representation or implication that documents are legal process.

SM 00274

(14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

(15) The false representation or implication that documents are not legal process forms or do not require action by the consumer.

(16) The false representation or implication that a debt collector operates or is employed by a consumer reporting agency as defined by section 603(f) of this Act.

## § 808.  Unfair practices [15 USC 1692f]

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

(2) The acceptance by a debt collector from any person of a check or other payment instrument postdated by more than five days unless such person is notified in writing of the debt collector's intent to deposit such check or instrument not more than ten nor less than three business days prior to such deposit.

(3) The solicitation by a debt collector of any postdated check or other postdated payment instrument for the purpose of threatening or instituting criminal prosecution.

(4) Depositing or threatening to deposit any postdated check or other postdated payment instrument prior to the date on such check or instrument.

(5) Causing charges to be made to any person for communications by concealment of the true propose of the communication. Such charges include, but are not limited to, collect telephone calls and telegram fees.

SM 00275

(6) Taking or threatening to take any non judicial action to effect dispossession or disablement of property if --

(A) there is no present right to possession of the property claimed as collateral through an enforceable security interest;

(B) there is no present intention to take possession of the property; or

(C) the property is exempt by law from such dispossession or disablement.

(7) Communicating with a consumer regarding a debt by post card.

(8) Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business.

# § 309. Validation of debts   [15 USC 1692g]

(a) Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing –

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

SM 00276

(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

(c) The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.

- **The Law Office of Sidney Mickell sends the "validation letter" within five days of the account being place in the office.  This does not guarantee the consumer has received the letter and the consumer may not be aware of the debt when first contacted by telephone.**
- **If the consumer disputes the debt within 30 days in writing, The Law Office of Sidney Mickell must provide verification of the debt.  No further collection efforts may take place until <u>our client</u> has provided the verification to the consumer.**
- **The consumer may still dispute the debt after 30 days but the consumer must prove the debt is not valid, and collection efforts may continue until validity has been disproved.**

# § 810.  Multiple debts [15 USC 1692h]

If any consumer owes multiple debts and makes any single payment to any debt collector with respect to such debts, such debt collector may not apply such payment to any debt which is disputed by the consumer and, where applicable, *shall apply such payment in accordance with the consumer's directions.*

SM 00277

# § 811.  Legal actions by debt collectors   [15 USC 1692i]

(a) Any debt collector who brings any legal action on a debt against any consumer shall --

> (1) in the case of an action to enforce an interest in real property securing the consumer's obligation, bring such action only in a judicial district or similar legal entity in which such real property is located; or

> (2) in the case of an action not described in paragraph (1), bring such action only in the judicial district or similar legal entity --

>> (A) in which such consumer signed the contract sued upon; or

>> (B) in which such consumer resides at the commencement of the action.

(b) Nothing in this title shall be construed to authorize the bringing of legal actions by debt collectors.

# § 812.  Furnishing certain deceptive forms [15 USC 1692j]

(a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 813 for failure to comply with a provision of this title.

# § 813.  Civil liability [15 USC 1692k]

(a) Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this title with respect to any person is liable to such person in an amount equal to the sum of --

> (1) any **actual damage** sustained by such person as a result of such failure;

SM 00278

(2)

(A) in the case of any action by an individual, such **additional damages** as the court may allow, but not exceeding **$1,000**; or

(B) in the case of a **class action**, (i) such amount for **each named plaintiff** as could be recovered under subparagraph (A), and (ii) such amount as the court may allow for all other class members, without regard to a minimum individual recovery, not to exceed the **lesser of $500,000 or 1 per centum of the net worth of the debt collector**; and

(3) in the case of any successful action to enforce the foregoing liability, the **costs of the action**, together with a reasonable **attorney's fee** as determined by the court. On a finding by the court that an action under this section was brought in bad faith and for the purpose of harassment, the court may award to the defendant attorney's fees reasonable in relation to the work expended and costs.

(b) In **determining the amount of liability** in any action under subsection (a), the court shall consider, among other relevant factors —

(1) in any individual action under subsection (a)(2)(A), the **frequency and persistence of noncompliance** by the debt collector, the **nature of such noncompliance**, and the **extent to which such noncompliance was intentional**; or

(2) in any class action under subsection (a)(2)(B), the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, the **resources of the debt collector**, the **number of persons** adversely affected, and the **extent to which** the debt collector's **noncompliance was intentional**.

(c) A debt collector may not be held liable in any action brought under this title if the debt collector shows by a preponderance of evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

(d) An action to enforce any liability created by this title may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs.

SM 00279

(e) No provision of this section imposing any liability shall apply to any act done or omitted in good faith in conformity with any advisory opinion of the Commission, notwithstanding that after such act or omission has occurred, such opinion is amended, rescinded, or determined by judicial or other authority to be invalid for any reason.

The FTC, Federal Courts, and State Attorney Generals enforce the FDCPA, and State Collection Laws.

Individual collectors and/or the agency may be found liable.

Liability may be found for up to $1000 per action, and/or actual damages of 1% of collection agency's net worth up to $500,000, plus attorney fees and court costs.

# § 814.  Administrative enforcement  [15 USC 1692*l*]

(a) Compliance with this title shall be enforced by the Commission, except to the extent that enforcement of the requirements imposed under this title is specifically committed to another agency under subsection (b). For purpose of the exercise by the Commission of its functions and powers under the Federal Trade Commission Act, a violation of this title shall be deemed an unfair or deceptive act or practice in violation of that Act. All of the functions and powers of the Commission under the Federal Trade Commission Act are available to the Commission to enforce compliance by any person with this title, irrespective of whether that person is engaged in commerce or meets any other jurisdictional tests in the Federal Trade Commission Act, including the power to enforce the provisions of this title in the same manner as if the violation had been a violation of a Federal Trade Commission trade regulation rule.

(b) Compliance with any requirements imposed under this title shall be enforced under --

(1) section 8 of the Federal Deposit Insurance Act, in the case of --

(A) national banks, by the Comptroller of the Currency;

(B) member banks of the Federal Reserve System (other than national banks), by the Federal Reserve Board; and

(C) banks the deposits or accounts of which are insured by the Federal Deposit Insurance Corporation (other than members of the Federal Reserve System),

SM 00280

by the Board of Directors of the Federal Deposit Insurance Corporation;

(2) section 5(d) of the Home Owners Loan Act of 1933, section 407 of the National Housing Act, and sections 6(i) and 17 of the Federal Home Loan Bank Act, by the Federal Home Loan Bank Board (acting directing or through the Federal Savings and Loan Insurance Corporation), in the case of any institution subject to any of those provisions;

(3) the Federal Credit Union Act, by the Administrator of the National Credit Union Administration with respect to any Federal credit union;

(4) the Acts to regulate commerce, by the Interstate Commerce Commission with respect to any common carrier subject to those acts.

(5) the Federal Aviation Act of 1958, by the Secretary of Transportation with respect to any air carrier or any foreign air carrier subject to that Act; and

(5) the Packers and Stockyards Act, 1921 (except as provided in section 406 of that Act), by the Secretary of Agriculture with respect to any activities subject to that Act.

(c) For the purpose of the exercise by any agency referred to in subsection (b) of its powers under any Act referred to in that subsection, a violation of any requirement imposed under this title shall be deemed to be a violation of a requirement imposed under that Act. In addition to its powers under any provision of law specifically referred to in subsection (b), each of the agencies referred to in that subsection may exercise, for the purpose of enforcing compliance with any requirement imposed under this title any other authority conferred on it by law, except as provided in subsection (d).

(d) Neither the Commission nor any other agency referred to in subsection (b) may promulgate trade regulation rules or other regulations with respect to the collection of debts by debt collectors as defined in this title.

SM 00281

## § 815.  Reports to Congress by the Commission [15 USC 1692m]

(a) Not later than one year after the effective date of this title and at one-year intervals thereafter, the Commission shall make reports to the Congress concerning the administration of its functions under this title, including such recommendations as the Commission deems necessary or appropriate. In addition, each report of the Commission shall include its assessment of the extent to which compliance with this title is being achieved and a summary of the enforcement actions taken by the Commission under section 814 of this title.

(b) In the exercise of its functions under this title, the Commission may obtain upon request the views of any other Federal agency which exercises enforcement functions under section 814 of this title.

## § 816.  Relation to State laws [15 USC 1692n]

This title does not annul, alter, or affect, or exempt any person subject to the provisions of this title from complying with the laws of any State with respect to debt collection practices, except to the extent that those laws are inconsistent with any provision of this title, and then only to the extent of the inconsistency. **For purposes of this section, a State law is not inconsistent with this title if the protection such law affords any consumer is greater than the protection provided by this title.**

## § 817.  Exemption for State regulation   [15 USC 1692o]

The Commission shall by regulation exempt from the requirements of this title any class of debt collection practices within any State if the Commission determines that under the law of that State that class of debt collection practices is subject to requirements substantially similar to those imposed by this title, and that there is adequate provision for enforcement.

## § 818.  Effective date [15 USC 1692 note]

This title takes effect upon the expiration of six months after the date of its enactment, but section 809 shall apply only with respect to debts for which the initial attempt to collect occurs after such effective date.
Approved September 20, 1977

SM 00282

# FDCPA - State Specific Laws

**Alabama –**
**Arizona -**
- You may not contact the debtor's spouse.
- Never contact a debtor at a place of employment unless a reasonable attempt has been made to contact a debtor at home and such an attempt has failed.

**Arkansas –**
- You may not contact (by letter / phone) the debtor at his/her place of employment unless a reasonable attempt has been made to contact the debtor at home, by letter and the mail has been returned or no answer has been received.

**Colorado -**
- Collector must disclose his or her identity to the debtor within the first 60 seconds.

**Iowa –**
- You must have the debtor's consent to communicate with the debtor's spouse, unless you are responding to an inquiry from the spouse.
- You may not communicate more than one time within a 3 month period with the parents of a minor debtor, trustee of any property of the debtor, conservator of the debtor or the debtor's property.
- You may not communicate with the debtor's employer more than one time during any 30 day period for the purpose of verifying employment.

**Maine -**
**Massachusetts -**
- You may not recommend a loan source to the debtor.
- You may not contact the debtor more than two times in a 7 day period at the debtor's residence.
- You may not contact the debtor more than two times in a 30 day period, other than at a debtor's residence, for each debt.
- You may not request or demand a post-dated check, draft, order for withdrawal or other similar instrument.
- You may not discuss the debt with the debtor's spouse, unless you have direct approval from the debtor.
- You may not cause additional expense in collecting the debt.
- Never contact a third party for skip trace information more than once in 12 months.

**Minnesota -**
**New Hampshire -**
- Never contact a nearby or multiple.
- If the debtor's spouse does not reside with the debtor, you may only seek location information from the spouse, after trying for at least 30 days to locate the debtor through other means.
- Never contact a debtor at a place of employment unless unable to contact at home.
- Never contact a debtor more than once a month at a place of employment.

# FDCPA - State Specific Laws Continued

**North Carolina -**
-Never contact a debtor at a place of employment unless debtor does not have a phone number where he/she can be reached at non business hours.

**New York City -**
-You may not contact the debtor, at work or home, more than 2 times in a 7 day period.

**Pennsylvania -**
-You may not contact the debtor, at home, more than one time in a 7 day period.

-You may only contact the debtor at his/her place of employment if the employment address is the billing address, or you have been unable to contact the debtor at the residence within the last 30 days.

-You may only contact the debtor's spouse 1 time, unless the spouse authorizes additional contact.

-You may only contact a skip tracing source if you have exhausted all efforts to reach the debtor at their residence for the preceding 30 days.

-Never present a check to a bank when notified by debtor of non sufficient funds.

**Vermont -**
-You may not obtain a credit report on the debtor without the debtor's express written permission.

**Washington -**
-You may not contact the debtor or the debtor's spouse in any form, manner or place more than 3 times in any 7 day period.

-Never contact a debtor at a place of employment more than one time in a week.

**Wisconsin -**
-Other than at the debtor's residence or place of employment; you may not leave a message with a third party, unless the debtor authorizes you to do so.

-Never contact a nearby or multiple.

**Restricted States -**
-Colorado, Connecticut, Hawaii, Idaho, Illinois, Maine, New York City, Maine, Maryland, Massachusetts, West Virginia, Vermont

SM 00284

# NOTES

# Collection Metrics



The Road to Success

**# of Calls + Contacts + Promises + Paid % + Average Payment Size = $$$$**



## What to do?

- CALLS
- CONTACTS
- PROMISES
- PAID %
- PAYMENT SIZE

## How to achieve it?

- System
- Talk-Off
- Attendance/Work Ethics
- File Management
- FDCPA

SM 00286

# NEGOTIATIONS



SM 00287

## PURPOSE

This module is an introduction to critical negotiation skills that are essential to the success of Account Representatives with The Law Office of Sidney Mickell. Upon completion of the module, Account Representatives will be able to perform all steps of basic negotiations and as a result should see an increase in overall collections.

## What is Negotiations?

**ne·go·ti·ate** ◁ P Pronunciation Key (nĭ-gō′shē-āt′)
*v.* **ne·go·ti·at·ed, ne·go·ti·at·ing, ne·go·ti·ates**

To confer with another or others in order to come to terms or reach an agreement:
To arrange or settle by discussion and mutual agreement: *negotiate a contract.*

| SALES SKILL | COLLECTION SKILL |
|---|---|
| 1.  Build rapport | 1.  Build rapport |
| 2.  Establish needs | 2.  Establish RFD |
| 3.  Determine correct product | 3.  Determine BPA |
| 4.  Sell F.A.B. | 4.  Sell F.A.B. |
| 5.  Overcome objections | 5.  Overcome objections |
| 6.  Close Sale | 6.  Close agreement |

SM 00288

## 1. BUILDING RAPPORT

What is the key to building rapport with the consumer that you have contacted?

**COMMUNICATION** is the key to building rapport.  To effectively communicate with our consumers we must possess two important and equally valuable tools: the ability to **LISTEN**, and the ability to **SPEAK EFFECTIVELY**.

We will explore ways to ensure we are **LISTENING** to our consumers and ways we can **SPEAK MORE EFFECTIVELY**.

### Listening

Experts tell us that a typical workplace spends an average of 70% of the total working hours in verbal communication.   What do you think the average time spent on verbal communications in our industry would be?

Amazingly, though we spend more than 70% of our time verbally communicating at work, people listen to an average of only 25% of what is being said to them! Think about the following statement, "The average person speaks at a rate of between 200-250 words per minute, yet the average person can understand speech rate between 300-500 words per minute."  The effect - the listener is distracted by too many thoughts not related to the conversation and so begins the break down in the communication process.

### How do we become better listeners?

### 1. Prepare yourself to listen.

Here are a few suggestions on how to prepare to listen:

> Eliminate distractions
> Keep your radio at a very low volume, do not try to multi-task while listening, put away reading materials, and do not allow other people's conversation affect your conversation.
> Ensure you have no equipment or technical problems by checking your telephone and headset routinely.
> Do not allow any preconceptions of the consumer, related to geographical region, nationality/race, or sex create a communication filter or barrier.
> Practice good posture to maintain focus on the conversation.

SM 00289

2. **Practice Reflective Listening**

> Reflective listening is reiterating how the consumer feels. You may use this technique to check your emotional level. Reflecting shows empathy, not sympathy for the consumer's feelings.
> Here is a simple tool you may use to practice reflective listening.

Remember the F. F. F. method.
*"Mr./Mrs. Customer, I understand how you Feel. I've had others who have Felt the same way, we Found that we could solve the problem by ...."*

3. **Use Summarizing**

> Summarizing should be used to increase understanding, build rapport and gain agreement. Be careful not to "parrot" the consumer's statement. You must restate the main points of the consumer's comments in your own words to be certain there is a common understanding.

**Speaking Effectively**

Every person has a distinct way of speaking. This distinction comes from many influences; family, geography, peers, education, gender, and culture. Speech reveals many perceptions to the receiver of the information. The consumer will develop assumptions/perceptions about your age, gender, education, ethnicity, or geographical location, beginning with the first words you speak.

We will give you a few tips on how you can change and affect your speaking through understanding your voice and the speech you use.

**Say It With Fewer Words**

Eliminate filler words and phrases.

> Quit using words ending in "ly." The words *basically, actually, generally, and specifically,* are overused in many conversations and add no meaning or impact to the conversation. Most of these words are value judgments and may turn people off to the true meaning of the statement.
> Refrain from saying "umm", and "ahh"

SM 00290

➢ Stop using redundant phrases. Here are a few examples of redundant phrases:
"As a matter of fact...."
"To be honest with you...."
"By and large...."
"What I am trying to say is...."
"you know what I mean?"

When the redundant words and phrases are eliminated, you are left with power words and results phrases.

## Controlling Your Voice

There are 4 key aspects of your voice that you can control and change in order to communicate more effectively.

➢ **Pace**, or the speed of your speech pattern must be controlled and changed depending on who you are speaking with, and the specific situation you are dealing with.  Things such as, different geographical regions, age, and physical limitations are influences you must take into account when deciding what your speech pace will be.
What pace would be used if you were speaking with a person from the South, or who is elderly, or is having trouble hearing you?

➢ **Volume** should not only be controlled by you, but it can also be used to control the conversation.  Have you ever been involved in a telephone conversation when the other person is speaking very loudly, or is yelling?  What did you do? The common reaction is to match the other person's volume or even try to speak louder.  The result?  Total Communication Breakdown.  If you find yourself in this type of conversation again, try the exact opposite of your natural reaction.  Speak at a lower volume than what you are used to.  If the other person continues to speak loud or even louder, lower your volume another level.  The eventual result will be the other party's volume begins to decrease.

➢ **Pitch** is the distinctive quality of your voice, dependent primarily on the frequency of the sound.  Practice controlling your pitch when you are excited, angry or upset.  You will notice the pitch of your voice increasing during stressful conversations, many times as the volume of your voice increases.

➢ **Tone** is the smile or the frown in your voice.  Remember, you are at a disadvantage when communicating via the telephone.  You are unable to read someone's body language, and the person you are communicating with is at the same

disadvantage. The receiver cannot see facial expressions but they develop perceptions from the tone in your voice. The message of a simple phrase like, "I ate the last piece of pie," can be completely changed with the tone of your voice. Repeat the statement "I ate the last piece of pie," two different ways to your partner. First say it in a "normal" tone. Then say it in a sarcastic tone.

# How to identify the different types of debtors and understand how to handle each type
## Attitude vs. Ability



## "THE PAYER SAYS, "LET ME SEE WHAT I CAN DO." Or "WHAT IS THE BALANCE? WHAT IS YOUR NAME? LET ME CALL YOU BACK".

## "THE STALLER SAYS, "LET ME CALL YOU NEXT WEEK. YOU CANT GET BLOOD FROM A TURNIP"

**EXERCISE: Which debtor will most likely pay you ASAP & why?**

| STELLA MCINTYRE | JUSTIN RICHARDS |
|---|---|
| 1) REAL ESTATE (858-555-3838) | 1) STUDENT |
| 2) BOEING (310-555-9595) | 2) NOT MARRIED |
| 3) $3500 | 3) DORM |
| 4) $580, $620 | 4) BIKE |
| 5) WELLS FARGO | 5) WASHINGTON MUTUAL |
| 6) MAXED OUT | 6) ONLY CREDIT CARD |

SM 00294



SM 00295



## DENIAL REBUTTALS

1. **I never had a credit card with (original creditor)…(!)**
   - Verify last four digits of SSN.
   - Verify date of birth and mailing address.
   - Quote the date opened & date charged off.
     (you can find the ssn in the debtor section (green) in the lower left corner)

2. **This bill is so old, why are you bothering me after all this time?**
   - Explain the balance is still outstanding and the debtor is responsible to pay.
   - State time does not make the debt disappear.

3. **I don't think the balance was ever that high!**
   - Explain the reason the balance is higher than the debtor remembers fees added to the account (which were included in the disclosure statement that accompanied the credit card):
     - Late fee(s)
     - No payment fee(s)
     - Annual fee(s) and
     - Interest accruing on all fees plus initial balance
   - Once they have acknowledged the debt, ask him/her what they feel the balance should be and pursue payment on that amount.  (If it falls into settlement authority, try negotiating a settlement.)

4. **My wife/husband had that account and I never used it!**
   - Explain the account record reflects their name and SSN.
   - Explain the delinquent account is reflecting on their CBR .
   - State they are responsible for the balance in full.
   - When the account was current and bills were being sent to your address, it was never noted that there was a problem with your name on the account.

5. **My wife/husband was to take care of that per our divorce agreement!**
   - (Enlist the rebuttals listed above in #4)
   - Explain the credit card debt cannot be altered due to a divorce.
   - Suggest the debtor contact his/her ex-spouse to arrange payment but ultimately it is the debtor's responsibility.
   - Suggest they pay the account and then they can report it back to the judge for consequences.
   - The bill was created prior to the divorce.
   - Our client *does not recognize* divorce decrees. A divorce decree does not override the original agreement with my client.

SM 00296

6. **I already paid this to another agency!**
   - ❑ Request the following info:
     - Agency name and number (collectors are not permitted to call the other agency).
     - Collector's name and extension they were working with.
     - What were the payment arrangements?
     - Have debtor fax over all documentation such as a release letter that he/she received from another agency to our fax number 909-568-0766
     - Request a copy of the cancelled check or money order.
   - ❑ Treat the account as a dispute in the system.

7. **I dispute the bill!**
   - ❑ Ask how much they feel they owe and proceed to collect that amount.
   - ❑ Identify the debtor's reasoning behind the dispute.
   - ❑ Have the debtor agree to pay the undisputed portion of the bill first, then we will request the information needed.
   - ❑ REQUEST them to dispute the debt in writing and send it/fax it to our office.



## MONEY REBUTTALS

1. **I will have my attorney call you and let him/her handle this!**
   - ❑ Request the attorney's name, contact information, and reason retained.
   - ❑ Are you filing BK? / Do you have a case number?
   - ❑ If the debtor refuses to give you the attorney's name and number, explain that we will pursue further collection activity until we receive the attorney's information.

2. **If I pay this bill will my credit be updated?**
   - ❑ The Fair Credit Reporting Act states, our client has (a certain number of) days to update your CBR.
   - ❑ If paid as we agree today and the account is satisfied, the trade line will reflect a balance in full or settled account, with no future obligation.
   - ❑ Explain if they are going to apply for new credit, a credit granter will view a settlement or balance paid more favorably than an unpaid account.

3. **Broken Promise follow-up.**
   - ❑ Determine why the debtor failed to keep the promise and restate the necessity of payment on time.
   - ❑ Do not be afraid to ask for the entire balance if you feel the debtor is stalling.
   - ❑ Let them know now promises need to be secured in our system.

- How to secure a promise with the debtor: set up post dated check or debit card

**4. The debtor is unemployed.**
- What is the reason for being out of work?
- How long has the debtor been unemployed? (Check the last pay date.) Explain you can understand the lack of payment since the debtor has been unemployed but why did the payments stop before the debtor became unemployed?
- Is the debtor receiving unemployment?
- Is the debtor's spouse or significant other employed?
- If payment is not possible and the debtor has no active source of income, determine how the debtor intends to pay his/her bills and survive.
- Get a good faith payment.



## TIME REBUTTALS

1. **I would like a copy of all charges and payment!**
   - Why would you like copies of charges?
   - State the records are on microfiche at the client's location.
   - State "If I can receive copies of charges, will you be ready to pay the BIF when the bonded courier arrives?"

2. **How do I know that The Law Office should be calling me about this debt?**
   - Advise that they have the option to call the client directly and get verification.
   - Let the debtor know our client retained The Law Office to collect on the account. That is why we have your pertinent information on file.

3. **I'll put the check in the mail!**
   - Give the debtor the benefits of doing a post date check in system.
   - Advise that you need representation of the BIF NOW. Give them the option of Quick Check, Western Union or Express Mail (CBP is the only one that is free).

4. **Payment is in the mail!**
   - When was the payment mailed and to what address?
   - How much was sent?
   - Was it a personal check or a money order?

SM 00298



## <u>ARGUMENTATIVE</u>

1. **How did you find me?**
   - Let the debtor know that it is part of your job and the efforts that we take are part of our process. We have the right not to disclose them. Instead, let's talk about why I'm calling you.
   - We have an important decision to make regarding your account and we felt you would want to participate in the decision making process.
   - Were you aware that you are required to keep all contact information updated with all creditors?

2. **You have no right calling me!**
   - Why? Allow them to explain to you why they feel that way.
   - Explain that you are contacting them on behalf of the client.
   - State the contact is to make them aware of their obligation.
   - We have every right to contact you, because you did not take care of your obligation.

3. **I am on the "No Call List":**
   - That is a law to keep telemarketers from calling. Telemarketers want to sell you something (new phone service, time shares, etc.) or are seeking donations. We are not telemarketers and we're not trying to sell anything. We are calling about your account with <Client> and we can help you resolve this obligation. Do you have your checkbook handy? We can take care of this today so you won't get anymore phone calls from us.

4. **You'll have to sue me!**
   - Ask the debtor, "Why do you feel this way?" Then explain you are here to help.
   - State the reason for your call: to come to some resolution today.
   - Immediately review credit report Alt 1 or the Credit Report Tab for public record.
   - If judgment appears, begin to offer settlement or get the debtor to commit to an arrangement.

SM 00299



1. **Profile Questions...**

   If they do not want to answer the profile questions then ask...
   - If you refused to fill out an application when applying for a loan would they give you the loan?" Let them know, "We can't get approval for SIF or payment arrangement without the information"
   - When applying for the credit card, you gave the client the requested information. Why are you unwilling to provide the information now that you are requesting the client to allow you a payment plan or discount?
   - I need to get this updated information to qualify you for the time you need to resolve the balance. This way you will avoid further collection activity.
   - I'm going to fill out a "Financial Hardship Application" for you. We'll need this updated information if you want me to try and qualify you for a hardship.

2. **No checking Account...**
   - Open one!
   - Find out if the debtor has a family member or friend who will let them use their checking account. (You must get permission from that family member or friend before you do a check from the account).
   - Offer the other options: debit card, credit card, overnight mail and western union.

3. **I don't want to do an EFT or PDC...**
   - A check by phone is a free service with no risk of checks getting lost in the mail.
   - Explain the debtor has been given several chances to make monthly payments.
   - It is like having a promissory note in our office.
   - We are held by federal law (FDCPA) to adhere to what you authorize.
   - It is like handing us a check over the phone.
   - If you mailed us a check and we cashed it early, what would happen to the check? It would bounce and your bank would charge you for an NSF fee and so would ours. Neither one of us would be moving towards a resolution.
   - Mail can be slow, cumbersome and unreliable.
   - If you doubt our credibility or the fact that we are handling your account, call the client and they will confirm that we are handling your account. Would you like to speak to a supervisor?
   - Create urgency with a deadline and let the debtor know that their arrangement needs to be secured with a check or checks today.

SM 00300

4. **Is it on my credit bureau report?**
   - The Law Office of Sidney Mickell is a reporting agency.
   - The client DOES report on all major credit reports.

5. **The person you are looking for is deceased!**
   - Request the date of death and estate information, along with who is handling affairs or possible probate office.
   - Request a copy of the death certificate to be sent to you via fax.

6. **My account is being handled by a CCCS!**
   - Explain to them the benefits of allowing us to handle the account.
     - Can get the account resolved in a shorter amount of time.
     - Perhaps, we can even save you some money on the overall balance.
   - If debtor is insistent on proceeding with the CCCS
     - Get contact information for CCCS. Document account accordingly. (action and result codes and notes)
     - Follow-up w/ CCCS for payment or SIF arrangements.

7. **I am just going to file Bankruptcy then!**
   - Explain to them the filing parameters around the new BK law took effect October 17, 2005.
     - Before filing for Bankruptcy, a consumer must complete credit counseling with an agency approved by the bankruptcy courts.
     - Consumer must provide 60 days of pay stubs, a statement of monthly income and any future increase, last year's tax returns, and photo identification in order to file bankruptcy.
     - Consumer's making over the median income of their state, based on a 6 month rolling average, and have more than $166.66 in disposable income, cannot file Chapter 7 Bankruptcy.
     - Consumer must have lived in a state for at least 2 years in order to use that state's bankruptcy laws.
     - At the end of the bankruptcy process, consumers must complete a budgeting course to get their debts discharged.
       All the additional work created by the new requirements is causing bankruptcy attorneys to charge high retainers and fees.

SM 00301

# Resources for Money



SM 00302

## VOICE MAIL MESSAGES

THIS MESSAGE IS FOR _____.

MY NAME IS _____ CALLING FROM THE LAW

OFFICE OF SIDNEY MICKELL. I HAVE BEEN

ADVISED TO GET IN CONTACT WITH YOU IN

REGARD TO A MATTER IN OUR OFFICE. I DO

NEED FOR YOU TO RETURN MY CALL TO

866-204-3786 EXT _____.

## LIVE PERSON MESSAGE

MY NAME IS _____.

CALLING FROM THE LAW OFFICE OF SIDNEY MICKELL.

MY NUMBER IS 866-204-3786  EXT _____

IF YOU COULD LET THEM KNOW IM CALLING IN

REGARD TO A MATTER IN OUR OFFICE

(IF ASKED WHAT MATTER OR IN REGARDS TO – ADVISE
FEDERAL LAW PROHIBITS YOU FROM DISCLOSING THE
EXACT NATURE OF THE MATTER)

SM 00303

# STEPS TO A CALL

**Step One** - ## IDENTIFY THE DEBTOR

> 1 – First & Last Name
> 2 – Address
> 3 – Date of Birth
> 4 – Social Security Number

**Step Two** - ## IDENTIFY YOURSELF

> 1 – Your Name
> 2 – The Law Office of Sidney Mickell

**Step Three** - ## DISCLOSURE STATEMENTS

> 1 – Mini Miranda
> "This is an attempt to collect a debt &
> information obtained may be used for that
> purpose"
>
> 2 – You are not an attorney
> "I am not an attorney I am
> an assistant to the attorney"

**Step Four** - ## DEMAND

> 1 – Identify type/name/balance of the debt
> 2 – Give Law Office contact information
> 3 – Give your name & direct extension

SM 00304

Step Five -                    # FULL & COMPLETE INFO - (F&C)

1 – What was the reason for default?

2 – Debtor's Employment Information
- Name of Employer
- Work Phone
- Cell Phone
- Position
- How Long
- Income
- 401k

3 – Debtor's Spouse's Employment Information
- Name of Employer
- Work Phone
- Cell Phone
- Position
- How Long
- Income
- 401k

4 – Banking Information (open & valid checking acct)

5 – Debtor Rent/Own & Mortgage Payment Amount

**Step Six -**          ## PUT DEBTOR ON HOLD

**Step Seven -**        ## SEND DEBTOR OUT TO RAISE BIF

**Step Eight -**        ## GIVE A DEADLINE FOR CALL BACK

# The Standard Demand

## STEP 1 THE DEMAND

Hi, Can I speak to (first name of debtor). Do you still receive your mail at (debtor's address). great my name is (your name) and I am with The Law Offices of Sidney Mickell. We are the attorney's office that has been assigned to your delinquent (original creditor) account, in the matter of the $_____ you owe on a voluntary basis?  Great, so you understand that this is an attempt to collect a debt & the information that we obtain will only be used for collection purposes.

## STEP 2 COMPANY INFORMATION

Lets see what we can get worked on your account. Go grab a pen and a piece of paper; I need to give you some information about this law firm and exactly where your account has been placed. The name of our firm is The Law Offices of Sidney Mickell. My phone number is 866-204-3786. Our address is 5050 Palo Verde, Suite #113, Montclair, CA 91763.

Now can I get you to read that back to me, I want to make sure that I gave it to you correctly?

## STEP 3 FULL AND COMPLETE INFORMATION

Now it looks like you had really good credit with the bank at one point, what happened to get you in this situation? I am sorry to hear about that. Are you working now? Oh really, is there a number at your work, I would only use it if I had to get in touch with you? What about your wife, is there a number for her job. again I would only use it if I had to. Do you have a cell phone number?  What about your wife, does she have a cell phone? Do you have a checking account? Who are you banking with? Are you purchasing your home or paying rent? Whose name is on the property? How much is your mortgage payment? Well what I am going to do is put you on hold & speak to my attorney.  I'm going to see what I can do to get this handled for you. Please hold.

## STEP 4 SEND THEM LOOKING FOR THE BALANCE IN FULL

Ok. I appreciate all of the information you given me. In order for me to stop any further action on this account you need to pay the balance in full TODAY. How long do you think it's going to take you to come up with the balance you owe the firm's client?

Our client doesn't want a monthly installment. Your inability to make a monthly installment in the past has prompted our client to involve a law firm.  The reason why my client retained this firm is to demand the balance to be paid.

Here is what I am going to do.  I am going to put a temporary hold action on your account.  I am going to give you an hour to make some calls & see what you can do.  I suggest that you call your friends, family & anybody that you can think of in your life that may be able to loan you the balance on the account.  They don't necessarily have to have cash in hand.  We could even roll the balance over from one credit card on to this account. Providing it gets resolved, we could then provide you a letter stating that the account is paid, we would update your bureau, & you would never hear from us again.  With that being said you need to get back to us today. If I don't hear from you I have no choice but to recommend that my attorney proceed with whatever action he would deem appropriate.

***(REMEMBER WE ARE NOT ATTORNEYS, WE CANNOT TELL DEBTOR'S WHAT ACTION WILL/WOULD BE TAKEN.  "THE ATTORNEY WILL DO WHAT THE LAW PERMITS IN YOUR STATE".)***

SM 00306

# New Business Activation - Check List

**DAY ONE -**
- Call the home phone or alternate phone number on CBR
- Call the work and alternate phone
- Run poe search online
- Run People at Work in Accurint
- Run Phones Plus Search on most recent address in Accurint
- Run property search in Lexis-Nexis (leave landlord message)

**DAY TWO -**
- Call the home phone
- Call the work and alternate phone
- If unable to verify you have correct information for debtor – (ie: no id on voicemail, returned mail, no return calls); purchase Accurint Report & mult/nearby
- Once all of this is done, then activate the account.
- Run Google search on debtor
- To activate account – RA, then AC

******REMEMBER******
ANY BUSINESS THAT HAS BEEN PLACED IN THE OFFICE
WITHIN THE LAST 3 MONTHS NEEDS TO BE IN AN
ACTIVE STATUS. AFTER 3 MONTHS, IT WILL THEN GO INTO
"GOOD NUMBER" OR "SKIPTRACING".

SM 00307

# EXHIBIT B

# FAIR DEBT COLLECTION PRACTICE ACT
## INITIAL TRAINING EXAM

**Instructions:** You have ten minutes to complete this exam. Please answer each question. Please fill in the blanks below and begin the exam.

NAME: _____      Date. _____
     (Last Name)             (First Name)

BRANCH: The Law Offices of Sidney Mickell

EXAM SCORE: _____

Exhibit B

SM 00625

# FDCP INITIAL TRAINING EXAM

1. What does FDCPA stand for?

2. What does FTC stand for?

3. When did the FDCPA become effective?

4. What is Public Law 95-109?

5. When skip tracing, does a collector have to identify himself/herself?

6. When skip tracing, under what circumstances may a collector state the name of our client?

7. When skip tracing, under what circumstances may a collector state the name of our company?

8. When skip tracing, how many times may a collector contact a third party?

9. Under what circumstances may a collector use a postcard to contact debtor?

10. What is the address and phone number of our company?

11. When a collector is notified that an attorney represents a debtor, what responsibilities does the collector have?

12. What are the allowable hours of contact for collecting?

Exhibit B

2

SM 00626

13. Prior to contacting the debtor at his/ her place of employment, what must a collector do?

14. If a debtor notifies a collector verbally, that he/she must cease all communication, what should the collector do?

15. May a collector threaten criminal prosecution?  If so, under what circumstances?

16. When the debtor uses profane or obscene language, under what circumstances may a collector respond in a like manner?

17. Under what circumstances may a collector refuse to disclose the name of our company to a debtor?

18. Under what circumstances may a collector represent him/herself as an attorney to a debtor?

19. When is it acceptable for a collector to threaten to sue a debtor?

20. Under what circumstances may a collector speak to a debtor's employer regarding his/her account?

21. By law, a postdate notification letter must be sent to the debtor between what period of time prior to depositing the check?

22. What is our company policy on postdate notification letters?

Exhibit B                                                          3

23. Under what circumstances may a collector place a collect call to a debtor?

24. How much time does a debtor have to notify a collector in writing that the debt, or any portion thereof, is disputed?

25. When the debt is disputed, what must a collector obtain from the debtor?

26. If the debtor hangs up on a collector, how long must a collector wait before contacting the debtor again?

27. How long can a collector allow the phone to ring before hanging up?

28. Under what circumstances may a collector call a debtor more than once in the same day?

29. Can a collector contact a debtor at his/her place of employment if there is a reason to believe that the employer does not permit contact or the debtor request that no contact be made at the place of employment?

30. Can a collector exaggerate the amount the debtor owes?

31. Can a collector initiate any direct written correspondence with the debtor?

32. Can a collector communicate with the debtor's spouse, parents, and /or attorney about the debt? Explain:

Exhibit B

4

33. If a person refuses to identify himself/ herself, can a collector disclose information about the debt without the proper identification just because the collector believes it is the debtor?

34. For how long is the FDCPA in effect?

35. If a collector has a contactable number for the debtor, can he/she leave a message with the nearby?

36. Can a collector leave a message to call with more than one nearby if he/she doesn't have a contactable phone number?

37. Can a collector personally go to the debtor's house and try to contact a debtor or quiz nearbys about the debtor?

38. Can a collector ask nearbys for information about the debtor he/she already possesses?

39. Can a collector tell an employer that a debtor owes our client money?

40. What does being "put on notice" mean?

41. A collector may not falsely imply that legal action has begun on an account.

42. A collector may use an "in care of" letter only if the consumer lives at or accepts mail at the other party's address.

       True                       False

43. What takes precedence, State or Federal Law?

SM 00620

44. Are the convenient times in which the collector is authorized to contact the debtor, based on the collector's time zone or the debtor's time zone?

45. Can a collector offer legal advice to the debtor and if so under what circumstances?

46. Does a collector have to give the "mini-miranda" in the initial communication with debtor?

47. In which 5 states must the collector give the "mini-miranda" in all communications with the debtor?

48. Does a collector have to disclose whom he is working for when contacting:

49. Can a collector call a debtor continuously or repeatedly?

50. Can a collector call a debtor a liar or state that collector doesn't believe debtor's responses?

Short Answer:  Briefly state why you feel the FDCPA was enacted and the reason that we have to follow the FDCPA.  There is no right or wrong answer.

STATE DEBT COLLECTION REGULATION
INITIAL TRAINING EXAM


**Instructions: You have ten minutes to complete this exam. Please circle the one answer that best describes the question. Please fill in the blanks below and begin the exam.**


NAME: _____          DATE: _____

      (Last Name)        (First Name)


BRANCH: The Law Offices of Sidney Mickell


EXAM SCORE: _____

1. States that enact their own collection laws can ignore the Fair Debt Collection Practices Act.

    True        False

2. In the state of Washington, a debt collector may not contact the debtor at their place of employment more than once per week.

    True        False

3. In the State of Massachusetts, you are prohibited from calling a third party for skip tracing information more than one time in a 12-month period. This applies even if you assume that the third party may have new information.

    True        False

4. In Pennsylvania, it is permissible to present a check for payment even though the debtor notifies the collector that there are not sufficient funds.

    True        False

5. In all states, a collector is prohibited from misleading or harassing the debtor.

    True        False

6. In all states, a collector is prohibited from contacting a neighbor if the debtor's phone number is listed in the phone directory or otherwise known to the collector.

    True        False

7. In the State of Massachusetts, you are prohibited from soliciting post-dated checks from a debtor.

    True        False

8. In any state it is permissible to continue calling a debtor after being advised of the name and address of the debtor's attorney.

    True        False

9. In Pennsylvania, you are prohibited from contacting a debtor at the place of employment unless you have been unable to have a discussion with the debtor during the preceding thirty (30) day period.

    True        False

10. In the state of Massachusetts, you are prohibited from contacting a debtor by phone more than 2 times in a 7 day period at his/ her residence.

True                    False

11. In New Hampshire, you may not use a fictitious name while attempting to collect a debt.

True                    False

12. In Massachusetts, you are prohibited from causing any additional expenses to the debtor in the form of long distance phone calls or requesting payment.

True                    False

13. In Minnesota, you may contact a nearby or multiple to get a message to the debtor.

True                    False

14. In Massachusetts, you are prohibited from communicating with a debtors' spouse regarding a debt unless the spouse is a co-signer or co-applicant.

True                    False

15. In North Carolina, a collector may not contact the debtor at the debtor's place of employment if the collector has a telephone number where the debtor can be reached during the debtor's non-working hours.

True                    False

16. In the state of Colorado, a collector is not required to follow the Fair Debt Collection Practices Act.

True                    False

17. In every state where garnishment of wages is permitted, a judgment must first be obtained before a garnishment can take place.

True                    False

SM 00032

18. In the state of Pennsylvania, you are prohibited from calling a debtor at home more than once every seven (7) days.

        True                          False

19. In any state, it is not permissible to tell a debtor that you are going to sue him/her simply because the client may have the right to sue to recover the debt.

        True                          False

20. In all states, a debt collector is required to inform the debtor that the purpose of the call is to collect a debt and anything that they say will be used for that purpose.

        True                          False

21. In any state, it is permissible to engage in any conduct in which the natural consequence of the conduct is to harass or abuse the debtor.

        True                          False

22. In Arkansas, a debt collector is prohibited from contacting the debtor at the place of employment unless there has first been a good faith effort to contact the debtor at home.

        True                          False

23. In Pennsylvania, a collector may not contact a third party for information on the debtor until after reasonable efforts have been made to locate the information elsewhere.

        True                          False

24. In Massachusetts, you may accept post-dated checks as a form of payment only if the debtor specifically requests to pay the debt by post-dated checks.

        True                          False

25. In North Dakota, it is permissible to use an alias.

        True                          False

26. In the State of Colorado, collectors need only identify themselves if asked by the debtor.

        True                          False

SM 00634

27. In Arizona, a debt collector is prohibited from contacting the debtor at the debtor's place of employment unless there has first been a good faith effort to contact the debtor at home.

True                    False

28. It is a violation of Massachusetts law for a collection agency to call a debtor at his/her place of employment more than twice in thirty day period.

True                    False

29. In all states, it is considered improper for a collector to state, "I'm going to sue you today" because the client and not the collector has the final decision on all suits.

True                    False

30. In the state of Colorado, a collector is required to disclose their identity to the debtor within the first 60 seconds of the conversation.

True                    False

31. In Georgia, it is permissible to use an alias.

True                    False

32. In Wisconsin, you are prohibited from calling a nearby or multiple to get a message to the debtor.

True                    False

SM 00605

# EXHIBIT C

FDCP INITIAL TRAINING EXAM

1. What does FDCPA stand for?
   **Fair Debt Collections Practices Act**

2. What does FTC stand for?
   **The Federal Trade Commission.**

3. When did the FDCPA become effective?
   **March 20, 1978**

4. What is Public Law 95-109?
   **FDCPA**

5. When skip tracing, does a collector have to identify himself /herself?
   **Always**

6. When skip tracing, under what circumstances may a collector state the name of our client?   **Never**

7. When skip tracing, under what circumstances may a collector state the name of our company? **When asked**

8. When skip tracing, how many times may a collector contact a third party?
   **Once**

9. Under what circumstances may a collector use a postcard to contact debtor?
   **Never**

10. What is the address and phone number of our company?

11. When a collector is notified that an attorney represents a debtor, what responsibilities does the collector have? **Get the attorneys name and number, 777's out the home and work number, and put the attorney in the attorney field.**

12. What are the allowable hours of contact for collecting?

    **8am-9pm debtors time.**

Exhibit B

2

13. Prior to contacting the debtor at his/ her place of employment, what must a collector do?

**Call the home.**

14. If a debtor notifies a collector verbally, that he/she must cease all communication, what should the collector do?

**A) Home: Tell the debtor to put it in writing, and document that you told them that, and then put the account on hold for 7 days.**

**B) Work:  Take out the number and mark the account on notice.**

15. May a collector threaten criminal prosecution?  If so, under what circumstances?

**Never**

16. When the debtor uses profane or obscene language, under what circumstances may a collector respond in a like manner?

**Never**

17. Under what circumstances may a collector refuse to disclose the name of our company to a debtor?

**Never**

18. Under what circumstances may a collector represent him/herself as an attorney to a debtor?

**Never**

19. When is it acceptable for a collector to threaten to sue a debtor?

**Never**

20. Under what circumstances may a collector speak to a debtor's employer regarding his/her account?

**Never, unless the debtor gives permission**

21. By law, a postdate notification letter must be sent to the debtor between what period of time prior to depositing the check?

**3-10 Days**

22. What is our company policy on postdate notification letters?
    **3-5 Days**


23. Under what circumstances may a collector place a collect call to a debtor?
    **Never**


24. How much time does a debtor have to notify a collector in writing that the debt, or
    any portion thereof, is disputed?
    **30 days**




25. When the debt is disputed, what must a collector obtain from the debtor?
    **A letter in writing stating the exact nature of the dispute.**


26. If the debtor hangs up on a collector, how long must a collector wait before
    contacting the debtor again?
    **7 days**


27. How long can a collector allow the phone to ring before hanging up?
    **5 times**


28. Under what circumstances may a collector call a debtor more than once in the same
    day?
                                                    ← WHEN ASKED.


29. Can a collector contact a debtor at his/her place of employment if there is a reason to
    believe that the employer does not permit contact or the debtor request that no contact
    be made at the place of employment?
    **Never**


30. Can a collector exaggerate the amount the debtor owes?
    **Never**


31. Can a collector initiate any direct written correspondence with the debtor?
    **Never**


Exhibit B

4

32. Can a collector communicate with the debtor's spouse, parents, and /or attorney about the debt?  Explain:
    **Spouse yes in most states. Parents: When given permission. Attorney; Yes when  the debtor gives you there attorney information.**

33. If a person refuses to identify himself/ herself, can a collector disclose information about the debt without the proper identification just because the collector believes it is the debtor?
    **Never**

34. For how long is the FDCPA in effect?
    **Until otherwise notified.**

35. If a collector has a contactable number for the debtor, can he/she leave a message with the nearby?
    **Never**

36. Can a collector leave a message to call with more than one nearby if he/she doesn't have a contactable phone number?
    **No Never**

37. Can a collector personally go to the debtor's house and try to contact a debtor or quiz nearbys about the debtor?
    **Never**

38. Can a collector ask nearbys for information about the debtor he/she already possesses?
    **No Never**

39. Can a collector tell an employer that a debtor owes our client money?
    **No, unless the debtor gives permission**

40. What does being "put on notice" mean?
    **Don't call that particular number anymore**

41. A collector may not falsely imply that legal action has begun on an account.

    **True**                    False

Exhibit B

5

42. A collector may use an "in care of" letter only if the consumer lives at or accepts mail at the other party's address.

   **True**                     False

43. What takes precedence, State or Federal Law?
   **The more restrictive**

44. Are the convenient times in which the collector is authorized to contact the debtor, based on the collector's time zone or the debtor's time zone?
   **Debtors Time Zone**

45. Can a collector offer legal advice to the debtor and if so under what circumstances?
   **Never**

46. Does a collector have to give the "mini-miranda" in the initial communication with debtor?
   **Always**

47. In which 5 states must the collector give the "mini-miranda" in all communications with the debtor?
   **CT, North Carolina, Texas, Wyoming, New York City**

48. Does a collector have to disclose whom he is working for when contacting:

   **a). The debtor?  Yes**

   **b). A third party? No**

49. Can a collector call a debtor continuously or repeatedly?
   **Never**

50. Can a collector call a debtor a liar or state that collector doesn't believe debtor's responses?
   **Never**

Short Answer:  Briefly state why you feel the FDCPA was enacted and the reason that we have to follow the FDCPA.  There is no right or wrong answer.

6

Exhibit B

1. States that enact their own collection laws can ignore the Fair Debt Collection Practices Act.

          True                         **False**

2. In the state of Washington, a debt collector may not contact the debtor at their place of employment more than once per week.

          **True**                        False

3. In the State of Massachusetts, you are prohibited from calling a third party for skip tracing information more than one time in a 12-month period.  This applies even if you assume that the third party may have new information.

          **True**                        False

4. In Pennsylvania, it is permissible to present a check for payment even though the debtor notifies the collector that there are not sufficient funds.

          True                        **False**

5. In all states, a collector is prohibited from misleading or harassing the debtor.

          **True**                        False

6. In all states, a collector is prohibited from contacting a neighbor if the debtor's phone number is listed in the phone directory or otherwise known to the collector.

          **True**                        False

7. In the State of Massachusetts,  you are prohibited from soliciting post-dated checks from a debtor.

          **True**                        False

8. In any state it is permissible to continue calling a debtor after being advised of the name and address of the debtor's attorney.

          True                        **False**

9. In Pennsylvania, you are prohibited from contacting a debtor at the place of employment unless you have been unable to have a discussion with the debtor during the preceding thirty (30) day period.

          **True**                        False

2

Exhibit BB

10. In the state of Massachusetts, you are prohibited from contacting a debtor by phone more than 2 times in a 7 day period at his/ her residence.

    **True**               False

11. In New Hampshire, you may not use a fictitious name while attempting to collect a debt.

    **True**               False

12. In Massachusetts, you are prohibited from causing any additional expenses to the debtor in the form of long distance phone calls or requesting payment.

    **True**               False

13. In Minnesota, you may contact a nearby or multiple to get a message to the debtor.

    True               **False**

14. In Massachusetts, you are prohibited from communicating with a debtors' spouse regarding a debt unless the spouse is a co-signer or co-applicant.

    **True**               False

15. In North Carolina, a collector may not contact the debtor at the debtor's place of employment if the collector has a telephone number where the debtor can be reached during the debtor's non-working hours.

    **True**               False

16. In the state of Colorado, a collector is not required to follow the Fair Debt Collection Practices Act.

    True               **False**

17. In every state where garnishment of wages is permitted, a judgment must first be obtained before a garnishment can take place.

    **True**               False

18. In the state of Pennsylvania, you are prohibited from calling a debtor at home more than once every seven (7) days.

        **True**                False

19. In any state, it is not permissible to tell a debtor that you are going to sue him/her simply because the client may have the right to sue to recover the debt.

        **True**                False

20. In all states, a debt collector is required to inform the debtor that the purpose of the call is to collect a debt and anything that they say will be used for that purpose.

        **True**                False

21. In any state, it is permissible to engage in any conduct in which the natural consequence of the conduct is to harass or abuse the debtor.

        True                **False**

22. In Arkansas, a debt collector is prohibited from contacting the debtor at the place of employment unless there has first been a good faith effort to contact the debtor at home.

        **True**                False

23. In Pennsylvania, a collector may not contact a third party for information on the debtor until after reasonable efforts have been made to locate the information elsewhere.

        **True**                False

24. In Massachusetts, you may accept post-dated checks as a form of payment only if the debtor specifically requests to pay the debt by post-dated checks.

        True                **False**

25. In North Dakota, it is permissible to use an alias.

        True                **False**

26. In the State of Colorado, collectors need only identify themselves if asked by the debtor.

        True                **False**

27. In Arizona, a debt collector is prohibited from contacting the debtor at the debtor's place of employment unless there has first been a good faith effort to contact the debtor at home.

        **True**                          False

28. It is a violation of Massachusetts law for a collection agency to call a debtor at his/her place of employment more than twice in thirty day period.

        **True**                           False

29. In all states, it is considered improper for a collector to state, "I'm going to sue you today" because the client and not the collector has the final decision on all suits.

        **True**                           False

30. In the state of Colorado, a collector is required to disclose their identity to the debtor within the first 60 seconds of the conversation.

        **True**                           False

31. In Georgia, it is permissible to use an alias.

        True                           **False**

32. In Wisconsin, you are prohibited from calling a nearby or multiple to get a message to the debtor.

        **True**                           False

Exhibit BB