# EXHIBIT D

Case 2:09-cv-00760-JAM-KJN   Document 49-7   Filed 05/05/10   Page 2 of 43

YELLOW YIELD SIGN



an account's
with large
e.

A triangular **Yield Sign** with a yellow frame indicates there is critical information about an account the user must be aware. In the case of the example in Fig 51, the yield sign indicates there is an attorney on the account, so the user can only work with the attorney.

An account will display a yield sign if:

- There is an attorney on the account
- The account is On Notice—the Debtor has added special contact instructions
- The account is In Dispute—debt on the account is being contested





**Fig 51**
**Yield Sign**
**Watermark**





# EXHIBIT E

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422

Forwarder:  CACH043/FIA-MBNA
     Acct#:  4264298996516905

Original Creditor:  MARYLAND NATIONAL BANK, N.A.
        Debt Type:  CC

STATUS:  FRANCHISE REVIEW(OH)

Assigned to:  RWELSH_278

|         | WIP# | Days Left |
|---------|------|-----------|
|         | 0    | 0         |

FINANCIAL

| Placement | |
|---|---|
| 09/12/2008 | $6,383.36 |
| Last Payment | |
| | $0.00 |
| Rm. Pl. Amt. | $6,383.36 |
| Interest | $1,070.41 |
| Attorney | $0.00 |
| Court | $200.00 |
| Misc | $0.00 |
| **BALANCE** | **$7,653.77** |

### Personal Information

| Debtor | 1 | First | MI | Last Name |
|--------|---|-------|----|-----------|
|        |   | CATHERINE | M | EVON |

        Address  402 DONNER CT
        City  WHEATLAND          ST CA    Zip 95692-9266
        Country  USA             Province

     Work Tel                    Home Tel  (530)483-9059
        Ext                         Fax

        SS#  ***-**-4015          Driver's License #
        DOB  04/16/1958           State
     Spouse

### Bank and Asset

     Debtor  1   EVON, CATHERINE M
        Bank                              Tel                Ext
     Address  402 DONNER CT               Fax

        City  WHEATLAND     ST CA   Zip 95692          Country      Province

     Property  015743011                    Account #
                                          Date Verified
        County                               $100? No
     Date Verified              Type of Account  Checking
     Years Owned          Other Assets
        Value
     Mortgage             Date Verified

### Employer

     Debtor  1   EVON, CATHERINE M
        Name
        HOMEQ SERVICING              Tel              Ext

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                                    **FINANCIAL**

Forwarder:  CACH043/FIA-MBNA                                      **Placement**
Acct#:   4264298996516905                            09/12/2008      $6,383.36
                                                        Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                        $0.00
Debt Type:  CC                               Rm. Pl. Amt.     $6,383.36
                                             Interest       $1,070.41
                                             Attorney           $0.00
STATUS:   FRANCHISE REVIEW (OH)      WIP#    Days Left    Court        $200.00
                                      0        0         Misc          $0.00
Assigned to:  RWELSH_278
                                                         **BALANCE**   $7,653.77

---

Address  4837 WATT AVE 100              Fax

  City  NORTH HIGHLANDS    ST CA   Zip 95660        Country      Province

  Position                      **Monthly Income**   **Verified On**   Tenure
                                                                    Yrs     Mths

Debt

    Service Provided CREDIT CARD

                               Debt Type  Credit Cards

                               Last Payment Date  06/30/2008
                               Last Payment Amount    $111.00
                               Last Charge Date
                               Last Charge Amount

        **Original Loan Terms**
  Contract Date                  Original Loan Amount
Number of Payments               Amount of Payments
  Interest Rate %    23.49       Serial/Vin Number
      Collateral

Forwarder
        Forwarder Name  CACH043/FIA-MBNA
      Service(s) Provided  CREDIT CARD
      Original Creditor  MARYLAND NATIONAL BANK, N.A.
         Corp Name
           Address  4340 SOUTH MONACO STREET
                    2ND FLOOR
             City  DENVER          ST CO      Zip 80237
                  Province                    Country

                    Page 2 of 20                  06/22/2009 05:22:32

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422

FINANCIAL

Forwarder:  CACH043/FIA-MBNA
    Acct#:  4264298996516905

| | Placement | |
|---|---|---|
| 09/12/2008 | $6,383.36 |
| | Last Payment | |
| | $0.00 |

Original Creditor:  MARYLAND NATIONAL BANK, N.A.
        Debt Type:  CC

| Rm. Pl. Amt. | $6,383.36 |
|---|---|
| Interest | $1,070.41 |
| Attorney | $0.00 |
| Court | $200.00 |
| Misc | $0.00 |

STATUS:  FRANCHISE REVIEW(OH)

WIP#     Days Left

Assigned to:  RWELSH_278          0          0

| BALANCE | $7,653.77 |
|---|---|

---

Instructions
    WARRANTY PERIOD EXPIRES 3-13-09

Suit Authority                      Settlements                        Misc
  Authority? With Written Request     Approved at 90.00%    Report to Credit Bureau? Yes
  Assignee? Yes                       Paid within       days    Participate with CCCS? Yes
Prejudgment Interest?  No
        Rate        %

Settlements and Payments
  Settlement pre-approved at 90%                  Settlement $7,653.77


        No payments and no settlements on this account.


Bankruptcy


        There are no bankruptcies on this account.


Credit Bureau Reporting


Debtor   1    EVON, CATHERINE M
              Report to Credit Bureau    Yes        In Dispute   No

Reporting Activity

| Debtor | | Date | Report to Credit Bureau | |
|---|---|---|---|---|
| | | | Client | Debtor |
| 1 | EVON, CATHERINE M | 12/15/2008 | YES | YES |
| | Status 93   COLLECTIONS | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | |
| 1 | EVON, CATHERINE M | 11/15/2008 | YES | YES |
| | Status 93   COLLECTIONS | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | |
| 1 | EVON, CATHERINE M | 06/15/2009 | YES | YES |
| | Status 93   COLLECTIONS | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | |

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                                    FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                        Placement
    Acct#:  4264298996516905                         09/12/2008       $6,383.36
                                                          Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                        $0.00
    Debt Type:  CC                               Rm. Pl. Amt.       $6,383.36
                                                     Interest       $1,070.41
                                                     Attorney           $0.00
STATUS:  FRANCHISE REVIEW(OH)          WIP#    Days Left   Court      $200.00
Assigned to:  RWELSH_278                 0        0         Misc        $0.00

                                                          BALANCE    $7,653.77

| 1 | EVON, CATHERINE M | | 05/15/2009 | YES | YES |
| | Status 93    COLLECTIONS | | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | | |
| 1 | EVON, CATHERINE M | | 04/15/2009 | YES | YES |
| | Status 93    COLLECTIONS | | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | | |
| 1 | EVON, CATHERINE M | | 03/15/2009 | YES | YES |
| | Status 93    COLLECTIONS | | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | | |
| 1 | EVON, CATHERINE M | | 02/15/2009 | YES | YES |
| | Status 93    COLLECTIONS | | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | | |
| | EVON, CATHERINE M | | 01/15/2009 | YES | YES |
| | Status 93    COLLECTIONS | | | | |
| | Comment ACCOUNT SERIOUSLY PAST DUE AND ASSIGNED TO A COLLECTION AGENCY | | | | |


**Attorneys**

        There are no attorneys on this account.


**Media**
        OPEN DATE: 4/11/2005
        C/O DATE: 8/30/2008
        ORIGINAL ACCT #: 4264298840634417
        CONVERSION ACCT #: NONE
        INDIVIDUAL
        ORIGINAL CREDITOR FORMERLY KNOWN AS: WACHOVIA BANK NA
        CUT OFF DATE (FOR WARRANTY PURPOSES ONLY): 9/9/2008
        * DEBTOR 1 CATHERINE M EVON OWNS INPUT PROPERTY
        ADDRESS: 402 DONNER CT
        CITY: WHEATLAND
        COUNTY: YUBA
        STATE: CA
        ZIP: 956929266
        OWNER: EVON CATHERINE M
        OWNER OCCUPIED: Y

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                    FINANCIAL

Forwarder:  CACH043/FIA-MBNA                              Placement
     Acct#:  4264298996516905                     09/12/2008        $6,383.36
                                                         Last Payment         $0.00
Original Creditor:  MARYLAND NATIONAL BANK, N.A.
          Debt Type:  CC                          Rm. Pl. Amt.    $6,383.36
                                                       Interest    $1,070.41
                                                       Attorney        $0.00
STATUS:  FRANCHISE REVIEW(OH)          WIP#    Days Left      Court      $200.00
                                                           Misc        $0.00
Assigned to:  RWELSH_278                  0       0
                                                  BALANCE      $7,653.77

---

TTL ASSED VAL: $283595
TTL MARKET VAL: $283595

## On Notice
     Debtor   1   EVON, CATHERINE M

          On Notice Date  09/30/2008
          Home?  No          Work?  Yes          Letter?  No          Verbal?  Yes

## Skip Tracing

          There is no skiptracing information on this account.

## Notes

| Date | Name | Queue | Action/Result Codes | | |
|------|------|-------|------|------|------|
| 06/16/2009 14:48:05 | JGESTL | SR-O | SUP | RA | NI |
| rev acct | | | | | |
| 06/11/2009 19:43:07 | STARSADM | SR-O | SYS | AUD | INT |
| Posted interest of $124.95 for 30 days, from 11-MAY-2009 to 10-JUN-2009 based on a balance of 6383.36 and a rate of 23.49%. | | | | | |
| 06/11/2009 07:31:19 | JGESTL | SR-O | SUP | RA | NI |
| rev acct.. | | | | | |
| 06/05/2009 09:41:10 | SYSTEM | SR-O | SYS AUD | FD | BKR |
| Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub on 05-JUN-2009 | | | | | |
| 06/02/2009 13:53:02 | JGESTL | SR-O | SUP | RA | NI |
| REV ACCT | | | | | |
| 05/26/2009 14:07:15 | JGESTL | SR-O | SUP | RA | NI |
| ref acct.. | | | | | |
| 05/20/2009 11:24:13 | SMICKELL_278 | SR-O | SUP | RA | NI |
| called cm atty, no answ | | | | | |
| 05/20/2009 09:51:51 | JGESTL | SR-O | SUP | RA | NI |
| rev acct | | | | | |

## ACCOUNT INFORMATION REPORT

**ACCOUNT#:**   15096181080902422                        **FINANCIAL**

**Forwarder:**  CACH043/FIA-MBNA                                       **Placement**
**Acct#:**      4264298996516905                          09/12/2008      $6,383.36
                                                                    **Last Payment**
**Original Creditor:**  MARYLAND NATIONAL BANK, N.A.                           $0.00
**Debt Type:**  CC                                **Rm. Pl. Amt.**      $6,383.36
                                                     **Interest**      $1,070.41
                                                     **Attorney**          $0.00
**STATUS:**  FRANCHISE REVIEW(OH)          **WIP#**    **Days Left**    **Court**        $200.00
                                             0         0               **Misc**          $0.00
**Assigned to:**  RWELSH_278

                                                                    **BALANCE**       $7,653.77

---

| Date/Time | User | | | |
|---|---|---|---|---|
| 05/11/2009 19:45:32 | STARSADM | SR-O | SYS AUD | INT |

Posted interest of $124.95 for 30 days, from 11-APR-2009 to
10-MAY-2009 based on a balance of 6383.36 and a rate of
23.49%.

| 05/11/2009 18:58:43 | JGESTL | SR-O | SUP RA | NI |

rev acct

| 05/11/2009 08:48:51 | STARS | SR-O | SYS AUD |

"C/O STATEMENT - AUG 2008" Received Date changed
to '11-MAY-09'. Status changed to 'RECVD'.

| 05/07/2009 15:03:00 | JGESTL | SR-O | SUP RA | NI |

rev acct

| 05/04/2009 15:33:30 | SYSTEM | SR-O | SYS AUD |

Account: Collector notes from '530-635-6348 CELL' to
'530-635-3648 CELL'.

| 05/04/2009 15:33:30 | AGESTLCA | SR-O | SUP RA | CN |

*******REV-AMG
CHANGED NOTES ON THE ACCT..COMPLAINT
FILED AGAINST US...DO NOT CALL ACCOUNT
*******MICKELL ONLY!!!

| 05/01/2009 16:51:37 | CDELARIA | SR-O | SUP RA | NI |

NOTIFIED LAW FIRM OF NEW MEDIA

| 04/30/2009 17:26:35 | JGESTL | SR-O | SUP RA | NI |

rev acct

| 04/22/2009 17:01:53 | JGESTL | SR-O | SUP RA | NI |

rev acct

| 04/16/2009 15:41:02 | SLANGSTAFF | SR-O | SYS AUD |

"STATEMENTS - JUN 2008" Received Date changed to
'16-APR-09'. Status changed to 'RECVD'.

| 04/16/2009 15:41:02 | SLANGSTAFF | SR-O | SUP RA | MD |
| 04/16/2009 15:40:52 | SLANGSTAFF | SR-O | SYS AUD | MD |

New Media tracking record created. Date Requested - '',
Type - 'STATEMENTS', Criteria - 'JUN 2008', Status -
'PENDING', Comment - ''.

| 04/16/2009 15:40:52 | SLANGSTAFF | SR-O | SUP RA | MD |
| 04/16/2009 10:50:11 | SYSTEM | L | SYS AUD |

Account: Queue from 'L' to 'SR-O', Misc Comment of 'LAWSUIT
FILED' added, Subqueue of 'OH' added.

| 04/16/2009 10:50:11 | AGESTLCA | SR-O | SUP RA | OH |
| 04/16/2009 07:40:23 | SYSTEM | L | SYS RA | NI |

FROM                                    (TUE)JUN 23 2009 10:08/ST.10:06/No.6851286387 P  8

## ACCOUNT INFORMATION REPORT

**ACCOUNT#:**   15096101000902422                              **FINANCIAL**

**Forwarder:**  CACH043/FIA-MBNA                               **Placement**
**Acct#:**     4264290996516905                    09/12/2008        $6,383.36
                                                         **Last Payment**
**Original Creditor:**  MARYLAND NATIONAL BANK, N.A.                        $0.00
**Debt Type:**  CC                               **Rm. Pl. Amt.**    $6,383.36
                                                      **Interest**    $1,070.41
                                                      **Attorney**        $0.00
**STATUS:**  FRANCHISE REVIEW(OH)       **WIP#**    **Days Left**      **Court**    $200.00
                                                          **Misc**        $0.00
**Assigned to:**  RWELSH_278              0         0
                                                       **BALANCE**    $7,653.77

---

|            |          |        |     |     |     |     |
|------------|----------|--------|-----|-----|-----|-----|
| | | Unprocessed followup date of 15-APR-09 08:00:00 detected for user RWELSH_278. Followup date reset for 16-APR-09 08:00:00. | | | | |
| 04/11/2009 19:39:38 | STARSADM | | L | SYS AUD INT | | |
| | | Posted interest of $124.95 for 30 days, from 11-MAR-2009 to 10-APR-2009 based on a balance of 6383.36 and a rate of 23.49%. | | | | |
| 04/10/2009 12:26:46 | SYSTEM | | L | SYS SF | | |
| | | User RWELSH_278 updated follow-up for RWELSH_278 on WED, 15-APR-2009 08:00 MST. | | | | |
| 04/10/2009 12:26:46 | SYSTEM | | L | SYS AUD | | |
| | | Legal[1] Next Action Date from '03/30/2009' to '04/13/2009', Next Action from 'Pending Service' to 'Pending alt add for service'. | | | | |
| 04/10/2009 12:26:46 | RWELSH_278 | | L | SUP RA | SF | |
| 04/10/2009 12:26:46 | RWELSH_278 | | L | SUP RA | NI | SF |
| 04/10/2009 12:26:46 | RWELSH_278 | | L | SUP RA | LG | |
| 04/10/2009 07:40:56 | SYSTEM | | L | SYS RA | NI | |
| | | Unprocessed followup date of 09-APR-09 08:00:00 detected for user RWELSH_278. Followup date reset for 10-APR-09 08:00:00. | | | | |
| 04/09/2009 07:40:08 | SYSTEM | | L | SYS RA | NI | |
| | | Unprocessed followup date of 08-APR-09 08:00:00 detected for user RWELSH_278. Followup date reset for 09-APR-09 08:00:00. | | | | |
| 04/08/2009 07:40:00 | SYSTEM | | L | SYS RA | NI | |
| | | Unprocessed followup date of 07-APR-09 08:00:00 detected for user RWELSH_278. Followup date reset for 08-APR-09 08:00:00. | | | | |
| 04/07/2009 20:18:33 | SYSTEM | | L | SYS AUD | FD | BKR |
| | | Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub on 07-APR-2009 | | | | |
| 04/07/2009 07:40:22 | SYSTEM | | L | SYS RA | NI | |
| | | Unprocessed followup date of 06-APR-09 08:00:00 detected for user RWELSH_278. Followup date reset for 07-APR-09 08:00:00. | | | | |
| 04/06/2009 07:40:40 | SYSTEM | | L | SYS RA | NI | |
| | | Unprocessed followup date of 05-APR-09 08:00:00 detected for user RWELSH_278. Followup date reset for 06-APR-09 | | | | |

ACCOUNT INFORMATION REPORT

**ACCOUNT#:**  15096181080902422                                    **FINANCIAL**

Forwarder:  CACH043/FIA-MBNA                                      Placement
Acct#:  4264290996516905                              09/12/2008        $6,383.36
                                                            Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                             $0.00
Debt Type:  CC                              Rm. Pl. Amt.    $6,383.36
                                                  Interest    $1,070.41
                                                 Attorney        $0.00
**STATUS:**  FRANCHISE REVIEW (OH)          **WIP#**   **Days Left**       Court      $200.00
                                                   Misc        $0.00
Assigned to:  RWELSH_278                       0        0

                                                           **BALANCE**    $7,653.77

---

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 08:00:00. | | | | | |
| 04/05/2009 07:41:55 | SYSTEM | L | SYS RA | NI | | |

Unprocessed followup date of 04-APR-09 08:00:00 detected for
user RWELSH_278. Followup date reset for 05-APR-09
08:00:00.
04/04/2009 07:39:54   SYSTEM                L        SYS RA     NI
Unprocessed followup date of 03-APR-09 08:00:00 detected for
user RWELSH_278. Followup date reset for 04-APR-09
08:00:00.
04/03/2009 07:42:53   SYSTEM                L        SYS RA     NI
Unprocessed followup date of 02-APR-09 08:00:00 detected for
user RWELSH_278. Followup date reset for 03-APR-09
08:00:00.
04/02/2009 07:40:59   SYSTEM                L        SYS RA     NI
Unprocessed followup date of 01-APR-09 08:00:00 detected for
user RWELSH_278. Followup date reset for 02-APR-09
08:00:00.
04/01/2009 07:39:55   SYSTEM                L        SYS RA     NI
Unprocessed followup date of 31-MAR-09 08:00:00 detected for
user RWELSH_278. Followup date reset for 01-APR-09
08:00:00.
03/31/2009 07:40:32   SYSTEM                L        SYS RA     NI
Unprocessed followup date of 30-MAR-09 03:00:00 detected for
user RWELSH_278. Followup date reset for 31-MAR-09
08:00:00.
03/26/2009 10:56:45   STARMILLER_278         L        SUP AO     NI
rec'd bad address from Alssi...gave to RW for updated
address
03/24/2009 16:46:22   AGESTLCA              L        SUP RA     NI
---REV/AMG---POSSIBLE FEDERAL LAWSUIT FILED AGAINST US
03/22/2009 15:39:56   SYSTEM                L        SYS SF
User RWELSH_278 scheduled follow-up for RWELSH_278 on MON,
30-MAR-2009 03:00 MST.
03/22/2009 15:39:56   SYSTEM                L        SYS AUD
Legal[1] Next Action Date from '03/06/2009' to
'03/30/2009'.
03/22/2009 15:39:56   RWELSH_278            L        SUP RA     SF
03/22/2009 15:39:56   RWELSH_278            L        SUP RA     NI    LG
****Per ALSSI: Several attempts made to reach CM by phone-No

## ACCOUNT INFORMATION REPORT

\CCOUNT#:   15096181080902422

FINANCIAL

Forwarder:  CACH043/FIA-MBNA
    Acct#:  4264298996516905

| | Placement | |
|---|---|---|
| 09/12/2008 | | $6,383.36 |
| | Last Payment | |
| | | $0.00 |

Original Creditor:  MARYLAND NATIONAL BANK, N.A.
       Debt Type:  CC

| Rm. Pl. Amt. | $6,383.36 |
|---|---|
| Interest | $1,070.41 |
| Attorney | $0.00 |

STATUS:  FRANCHISE REVIEW(OH)

Assigned to:  RWELSH_278

| | WIP# | Days Left |
|---|---|---|
| | 0 | 0 |

| Court | $200.00 |
|---|---|
| Misc | $0.00 |
| **BALANCE** | **$7,653.77** |

---

```
                      ret calls. Instructed to serve @ POE
03/16/2009 11:10:43  KKRASZEWSKA          L      SUP RA    NI
                     Notified Law firm of new media attached
03/11/2009 19:32:48  STARSADM             L      SYS AUD   INT
                     Posted interest of $116.62 for 28 days, from 11-FEB-2009 to
                     10-MAR-2009 based on a balance of 6383.36 and a rate of
                     23.49%.
03/11/2009 14:11:39  MLIVOTI              L      SYS AUD
                     "AFFIDAVIT OF SALE - " Received Date changed to
                     '11-MAR-09'. Status changed to 'RECVD'.
03/11/2009 14:11:39  MLIVOTI              L      SUP RA    MD
03/07/2009 07:39:58  SYSTEM               L      SYS RA    NI
                     Unprocessed followup date of 06-MAR-09 02:30:00 detected for
                     user RWELSH_278. Followup date reset for 07-MAR-09
                     08:00:00.
03/05/2009 11:04:16  SYSTEM               L      SYS AUD   FD   BKR
                     Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub
                     on 05-MAR-2009
03/04/2009 10:51:06  SYSTEM               L      SYS SF
                     User RWELSH_278 updated follow-up for RWELSH_278 on FRI,
                     06-MAR-2009 02:30 MST.
03/04/2009 10:51:06  RWELSH_278           L      SUP RA    NI   SF
03/04/2009 10:51:06  RWELSH_278           L      SUP RA    LG
03/04/2009 10:51:05  SYSTEM               L      SYS AUD
                     Legal(1) Next Action Date from '03/02/2009' to
                     '03/06/2009'.
03/02/2009 19:42:02  SYSTEM               L      SYS SF
                     User RWELSH_278 updated follow-up for RWELSH_278 on WED,
                     04-MAR-2009 02:30 MST.
03/02/2009 19:42:02  RWELSH_278           L      SUP RA    NI   SF
                     ****2nd req to ALSSI to arrange service
02/27/2009 10:10:20  SYSTEM               L      SYS SF
                     User RWELSH_278 updated follow-up for RWELSH_278 on MON,
                     02-MAR-2009 02:30 MST.
02/27/2009 10:10:20  SYSTEM               L      SYS AUD
                     Legal(1) Next Action Date from '02/27/2009' to
                     '03/02/2009'.
02/27/2009 10:10:20  RWELSH_278           L      SUP RA    SF
02/27/2009 10:10:20  RWELSH_278           L      SUP RA    NI   LG
```

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                              FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                      Placement
    Acct#:  4264298996516905                       09/12/2008        $6,383.36
                                                         Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                        $0.00
        Debt Type:  CC                             Rm. Pl. Amt.     $6,383.36
                                                       Interest     $1,070.41
                                                       Attorney         $0.00
STATUS:  FRANCHISE REVIEW(OH)          WIP#      Days Left  Court      $200.00
                                         0          0        Misc       $0.00
Assigned to:  RWELSH_278
                                                       BALANCE     $7,653.77

---

| Date | Time | User | | | | |
|------|------|------|---|---|---|---|
| 02/26/2009 | 12:28:01 | SYSTEM | L | SYS | SF | |

User RWELSH_278 updated follow-up for RWELSH_278 on FRI,
27-FEB-2009 02:30 MST.

| 02/26/2009 | 12:28:01 | SYSTEM | L | SYS | AUD | |

Legal[1] Next Action Date from '02/26/2009' to
'02/27/2009'.

| 02/26/2009 | 12:28:01 | RWELSH_278 | L | SUP | RA | SF |
| 02/26/2009 | 12:28:01 | RWELSH_278 | L | SUP | RA | NI | LG |
| 02/25/2009 | 15:41:45 | SYSTEM | L | SYS | SF | |

User RWELSH_278 updated follow-up for RWELSH_278 on THU,
26-FEB-2009 02:30 MST.

| 02/25/2009 | 15:41:45 | SYSTEM | L | SYS | AUD | |

Legal[1] Next Action Date from '02/25/2009' to
'02/26/2009'.

| 02/25/2009 | 15:41:45 | RWELSH_278 | L | SUP | RA | SF |
| 02/25/2009 | 15:41:45 | RWELSH_278 | L | SUP | RA | NI | LG |

****E-mailed ALSSI for status of service

| 02/19/2009 | 13:34:36 | SYSTEM | L | SYS | SF | |

User RWELSH_278 updated follow-up for RWELSH_278 on WED,
25-FEB-2009 02:30 MST.

| 02/19/2009 | 13:34:36 | RWELSH_278 | L | SUP | TOR | SWO | SF |

****T ALSSI req'd a 1 shot with CM for service

| 02/18/2009 | 19:58:16 | SYSTEM | L | SYS | SF | |

User RWELSH_278 scheduled follow-up for RWELSH_278 on THU,
19-FEB-2009 02:30 MST.

| 02/18/2009 | 19:58:16 | RWELSH_278 | L | SUP | TO | SWD | |

****CM called-Says they've s/w an atty & are trying to
decide on a 7 or 13 BK. She asked that server call her @
530 635-3648 to set up a date & time for she to accept
service

| 02/18/2009 | 19:58:16 | RWELSH_278 | L | SUP | TO | SF | |
| 02/18/2009 | 16:06:02 | SYSTEM | L | SYS | AUD | |

Legal[1] Court Name of 'MARYSVILLE' added, Case Number from
'*' to '09-0000079', Next Action Date from '02/12/2009' to
'02/25/2009', Next Action from 'Pending filing with Court'
to 'Pending Service'.

| 02/18/2009 | 16:06:02 | STARMILLER_278 | L | SUP | AO | NI | LG |

rec'd conformed S&C

| 02/13/2009 | 11:53:22 | ELOYA | L | SYS | AUD | |

FROM                                                         (TUE)JUN 23 2009 10:08/ST. 10:06/No. 6851286387 P 12

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                          FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                    Placement
   Acct#:   4264298996516905                       09/12/2008       $6,383.36
                                                    Last Payment
                                                                       $0.00
Original Creditor:  MARYLAND NATIONAL BANK, N.A.    Rm. Pl. Amt.    $6,383.36
      Debt Type:  CC                                  Interest     $1,070.41
                                                      Attorney         $0.00
STATUS:  FRANCHISE REVIEW(OH)       WIP#    Days Left     Court       $200.00
                                      0        0           Misc         $0.00
Assigned to:  RWELSH_278

                                                      BALANCE       $7,653.77

---

|            |          | "C/O STATEMENT - AUG 2008" Status changed to 'REQD'. |
|------------|----------|---|
| 02/13/2009 11:53:20 | ELOYA | L       SYS AUD |

"AFFIDAVIT OF SALE - " Status changed to 'REQD'.

02/12/2009 19:48:38 SMICKELL_278           L       SUP RA     NI
02/12/2009 19:47:22 SYSTEM                  L       SYS SF
        User SMICKELL_278 updated follow-up for SMICKELL_278 on THU,
        26-FEB-2009 08:00 MST.
02/12/2009 19:47:22 SMICKELL_278           L       SUP RA     NI     SF
        for some reason media has not been ordered,ordered media
02/12/2009 19:45:14 SMICKELL_278           L       SYS AUD    MD
        New Media tracking record created. Date Requested - '',
        Type - 'C/O STATEMENT', Criteria - 'AUG 2008', Status -
        'PENDING', Comment - ''.
02/12/2009 19:45:14 SMICKELL_278           L       SYS AUD    MD
        New Media tracking record created. Date Requested - '',
        Type - 'AFFIDAVIT OF SALE', Criteria - ' ', Status -
        'PENDING', Comment - ''.
02/12/2009 19:45:14 SMICKELL_278           L       SUP RA     MD
02/12/2009 07:28:47 SYSTEM                  L       SYS RA     NI
        Unprocessed followup date of 11-FEB-09 09:00:00 detected for
        user SMICKELL_278. Followup date reset for 12-FEB-09
        08:00:00.
02/11/2009 19:31:25 STARSADM                L       SYS AUD    INT
        Posted interest of $124.95 for 30 days, from 11-JAN-2009 to
        10-FEB-2009 based on a balance of 6383.36 and a rate of
        23.49%.
02/10/2009 19:01:26 SYSTEM                  L       SYS SF
        User RWELSH_278 updated follow-up for RWELSH_278 on THU,
        12-FEB-2009 08:00 MST.
02/10/2009 19:01:26 SYSTEM                  L       SYS AUD
        Legal[1] Next Action Date from '02/10/2009' to
        '02/12/2009'.
02/10/2009 19:01:26 RWELSH_278             L       SUP RA     NI     SF
        ****E-mailed status of filing req to ALSSI
02/10/2009 19:01:26 RWELSH_278             L       SUP RA     LG
02/05/2009 17:26:37 SYSTEM                  L       SYS SF
        User RWELSH_278 updated follow-up for RWELSH_278 on TUE,

## ACCOUNT INFORMATION REPORT

CCOUNT#:   15096181080902422                                    FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                      Placement
   Acct#:   4264298996516905                        09/12/2008      $6,383.36
                                                      Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                        $0.00
        Debt Type:  CC                             Rm. Pl. Amt.     $6,383.36
                                                      Interest      $1,070.41
                                                      Attorney          $0.00
STATUS:  FRANCHISE REVIEW(OH)           WIP#    Days Left     Court     $200.00
                                          0        0          Misc         $0.00
Assigned to:  RWELSH_278
                                                      BALANCE       $7,653.77

---

```
                        10-FEB-2009 08:00 MST.
02/05/2009 17:26:37  SYSTEM            L          SYS AUD
                        Legal[1] Next Action Date from '02/02/2009' to
                        '02/10/2009'.
02/05/2009 17:26:37  RWELSH_278        L          SUP RA    SF
02/05/2009 17:26:37  RWELSH_278        L          SUP RA    NI    LG
                        ****Per ALSSI: Still pending return from Court
02/05/2009 10:37:52  SYSTEM            L          SYS AUD   FD    BKR
                        Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub
                        on 05-FEB-2009
02/05/2009 07:29:54  SYSTEM            L          SYS RA    NI
                        Unprocessed followup date of 04-FEB-09 08:00:00 detected for
                        user RWELSH_278. Followup date reset for 05-FEB-09
                        08:00:00.
02/04/2009 07:28:33  SYSTEM            L          SYS RA    NI
                        Unprocessed followup date of 03-FEB-09 08:00:00 detected for
                        user RWELSH_278. Followup date reset for 04-FEB-09
                        08:00:00.
02/03/2009 07:28:22  SYSTEM            L          SYS RA    NI
                        Unprocessed followup date of 02-FEB-09 08:00:00 detected for
                        user RWELSH_278. Followup date reset for 03-FEB-09
                        08:00:00.
01/30/2009 13:20:21  SYSTEM            L          SYS CST
                        Posted Court Costs of $200. Payable to: LAW OFFICES OF
                        SIDNEY MICKELL; Posted through batch processing;
01/30/2009 13:20:21  JGONZALES         L          SYS CST
                        Payable to: LAW OFFICES OF SIDNEY MICKELL; Posted through
                        batch processing;
01/29/2009 14:02:37  JCLARK            L          SUP RA    NI
                        rcvd lttr from dbtr advsng that she dont recognize
                        dbt...and to not call her poe......DO NOT CONTACT HER POE
                        ANYMORE.....
01/29/2009 13:59:31  RWELSH_278        L          SUP TDH   LM
                        ****Rec'd letter putting us on notice....Discussed with
                        atty, tr lm for CM to call to set up date & time for
                        service @ res & to call to clear up acct# issues
01/29/2009 13:57:20  SYSTEM            L          SYS SF
                        User SMICKELL_278 scheduled follow-up for SMICKELL_278 on
                        WED, 11-FEB-2009 09:00 MST.
```

ACCOUNT INFORMATION REPORT

CCOUNT#:   15096181080902422                                    FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                    Placement
     Acct#:  4264298996516905                     09/12/2008        $6,383.36
                                                        Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                    $0.00
       Debt Type:  CC                          Rm. Pl. Amt.    $6,383.36
                                                   Interest    $1,070.41
                                                   Attorney        $0.00
STATUS:  FRANCHISE REVIEW(OH)                         Court      $200.00
                                WIP#    Days Left       Misc        $0.00
Assigned to:  RWELSH_278          0       0
                                                     BALANCE    $7,653.77

```
01/29/2009 13:57:20 SMICKELL_278          L      SUP EI   NI   SF
                    discussed w/ray. he Giving debtor a call to tell her we
                    would be happy to arrange time to serve her, so as not to
                    cause any undue embarrassment, and if she would call us we
                    would be happy to explain the acct # confusion to her
                    satisfaction, told ray, NO disclosure about debt or
                    anything in mssg
01/29/2009 08:53:54 MAGUILAR              L      SYS AUD
                    Court Cost No. 1006470 (FILE) for $200.00 approved by
                    MAGUILAR.
01/29/2009 08:49:28 MAGUILAR              L      SYS AUD
                    Court Cost Amount of '$200' added, Method of 'FILING
                    FEE-SUMMONS AND COMPLAINT' added, Requesting Franchise of
                    '181' added, Recoverable of '1' added, Status Date of
                    '01/19/2009' added, Requested By 'MAGUILAR' added.
01/28/2009 20:14:14 SYSTEM               L      SYS SF
                    User RWELSH_278 updated follow-up for RWELSH_278 on MON,
                    02-FEB-2009 08:00 MST.
01/28/2009 20:14:14 SYSTEM               L      SYS AUD
                    Legal[1] Next Action Date from '01/29/2009' to
                    '02/02/2009'.
01/28/2009 20:14:14 RWELSH_278           L      SUP TO   SF
01/28/2009 20:14:14 RWELSH_278           L      SUP TO   LM   LG
                    ****Spouse had called said no more calls
01/28/2009 07:28:27 SYSTEM               L      SYS RA   NI
                    Unprocessed followup date of 27-JAN-09 08:00:00 detected for
                    user SMICKELL_278. Followup date reset for 28-JAN-09
                    08:00:00.
01/28/2009 07:28:27 SYSTEM               L      SYS RA   NI
                    Unprocessed followup date of 27-JAN-09 08:00:00 detected for
                    user RWELSH_278. Followup date reset for 28-JAN-09
                    08:00:00.
01/27/2009 07:29:03 SYSTEM               L      SYS RA   NI
                    Unprocessed followup date of 26-JAN-09 09:00:00 detected for
                    user SMICKELL_278. Followup date reset for 27-JAN-09
                    08:00:00.
01/27/2009 07:29:03 SYSTEM               L      SYS RA   NI
                    Unprocessed followup date of 26-JAN-09 08:00:00 detected for
                    user RWELSH_278. Followup date reset for 27-JAN-09
```

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   1509618108090242

FINANCIAL

Forwarder:  CACH043/FIA-MBNA
Acct#:  4264298996516905

Original Creditor:  MARYLAND NATIONAL BANK, N.A.
        Debt Type:  CC

STATUS:  FRANCHISE REVIEW(OH)

Assigned to:  RWELSH_278

| | Placement | |
|---|---|---|
| | 09/12/2008 | $6,383.36 |
| | Last Payment | |
| | | $0.00 |
| Rm. Pl. Amt. | | $6,383.36 |
| Interest | | $1,070.41 |
| Attorney | | $0.00 |
| Court | | $200.00 |
| Misc | | $0.00 |
| BALANCE | | $7,653.77 |

WIP#  0      Days Left  0

---

| Date/Time | User | Queue | | Codes | | |
|---|---|---|---|---|---|---|
| | 08:00:00. | | | | | |
| 01/26/2009 07:28:22 | SYSTEM | L | | SYS | RA | NI |
| | Unprocessed followup date of 25-JAN-09 08:00:00 detected for user RWELSH_278. Followup date reset for 26-JAN-09 08:00:00. | | | | | |
| 01/25/2009 07:28:20 | SYSTEM | L | | SYS | RA | NI |
| | Unprocessed followup date of 24-JAN-09 08:00:00 detected for user RWELSH_278. Followup date reset for 25-JAN-09 08:00:00. | | | | | |
| 01/24/2009 07:27:54 | SYSTEM | L | | SYS | RA | NI |
| | Unprocessed followup date of 23-JAN-09 08:00:00 detected for user RWELSH_278. Followup date reset for 24-JAN-09 08:00:00. | | | | | |
| 01/21/2009 14:38:11 | SYSTEM | L | | SYS | SF | |
| | User RWELSH_278 updated follow-up for RWELSH_278 on FRI, 23-JAN-2009 08:00 MST. | | | | | |
| 01/21/2009 14:38:11 | SYSTEM | L | | SYS | AUD | |
| | Legal[1] Attorney Fees from '0' to '450', Misc Costs from '0' to '200', Next Action Date from '01/31/2009' to '01/29/2009', Next Action from 'COMPLAINT FILED' to 'Pending filing with Court', Out For Service With from 'ALSSI' to 'ALSSI 20090116236', Total Prayed For from '6383.36' to '7033.36'. | | | | | |
| 01/21/2009 14:38:11 | RWELSH_278 | L | | SUP | TDH | SWO  LG |
| | ****T cell no msg option, tr s/w spouse, says they going BK will have atty call | | | | | |
| 01/21/2009 14:38:11 | RWELSH_278 | L | | SUP | TDH | SF |
| 01/21/2009 14:38:11 | RWELSH_278 | L | | SUP | TDH | LG |
| 01/21/2009 09:11:32 | STARMILLER_278 | L | | SUP | AO | NI |
| | SENT COMPLAINT OUT FOR FILING AND SERVICE | | | | | |
| 01/21/2009 09:09:20 | SYSTEM | PL | | SYS | AUD | |
| | Legal[1] Court County of 'YUBA' added, Court State of 'CA' added, Case Number of '*' added, Principal of '6383.36' added, Suit Approved of '01/21/2009' added, Next Action Date of '01/31/2009' added, Next Action of 'COMPLAINT FILED' added, Out For Service With of 'ALSSI' added, Total Prayed For of '6383.36' added. | | | | | |
| 01/21/2009 09:09:20 | SYSTEM | PL | | SYS | AUD | |
| | Account: Queue from 'PL' to 'L', Misc Comment of 'AUTOMATED | | | | | |

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                          FINANCIAL

Forwarder:  CACH043/FIA-MBNA                            Placement
   Acct#:   4264298996516905                  09/12/2008        $6,383.36
                                                      Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                        $0.00
      Debt Type:  CC                           Rm. Pl. Amt.      $6,383.36
                                                  Interest       $1,070.41
                                                  Attorney           $0.00
STATUS:  FRANCHISE REVIEW(OH)          WIP#     Days Left   Court      $200.00
                                                     Misc            $0.00
Assigned to:  RWELSH_278                 0         0
                                               BALANCE        $7,653.77

---

|            |            |               |      |    |    |    |
|------------|------------|---------------|------|----|----|----|
|            | LEGAL ACCOUNT MOVEMENT' removed. | | | | | |
| 01/21/2009 09:09:20 | STARMILLER_278 | L | SUP | AO | NI | LG |
| 01/21/2009 07:20:51 | SYSTEM | PL | SYS | RA | NI | |

Unprocessed followup date of 20-JAN-09 07:00:00 detected for
user RWELSH_278. Followup date reset for 21-JAN-09
08:00:00.

| 01/19/2009 13:47:35 | SMICKELL_278 | PL | SUP | RA | NI | SF |

SMICKELL-Posted trx #17 disbursement amount: -200.00 paid
on: 01/19/2009 desc: Ck # 3276-Filing Fee-- Limited
Jurisdiction - paid to: Yuba County Superior Court
Bankacct: TRUST
Preppred S&C, star to prep for F&S

| 01/19/2009 13:47:34 | SYSTEM | PL | SYS | SF | | |

User SMICKELL_278 updated follow-up for SMICKELL_278 on MON,
26-JAN-2009 09:00 MST.

| 01/16/2009 17:25:05 | SYSTEM | PL | SYS | SF | | |

User RWELSH_278 updated follow-up for RWELSH_278 on TUE,
20-JAN-2009 07:00 MST.

| 01/16/2009 17:25:05 | RWELSH_278 | PL | SUP | RA | NI | SF |
| 01/15/2009 09:53:46 | STARMILLER_278 | PL | SUP | AO | NI | |

prep'd summons, coversheet,and ck req. to SHM

| 01/15/2009 09:47:50 | SYSTEM | PL | SYS | SF | | |

User RWELSH_278 updated follow-up for RWELSH_278 on FRI,
16-JAN-2009 07:00 MST.

| 01/15/2009 09:47:50 | RWELSH_278 | PL | SUP | RA | NI | SF |

****Mailed 1033 P&C to POE-File to atty for suit prep

| 01/14/2009 20:12:26 | SYSTEM | PL | SYS | SF | | |

User SMICKELL_278 scheduled follow-up for SMICKELL_278 on
MON, 19-JAN-2009 09:00 MST.

| 01/14/2009 20:12:26 | SMICKELL_278 | PL | SUP | RA | NI | SF |

signed 1033, bill of sale in, ordered aos and c/o

| 01/14/2009 13:15:10 | SYSTEM | PL | SYS | SF | | |

User RWELSH_278 scheduled follow-up for RWELSH_278 on THU,
15-JAN-2009 07:00 MST.

| 01/14/2009 13:15:10 | SYSTEM | PL | SYS | AUD | | |

Account: Assignee from 'SMICKELL_278' to 'RWELSH_278'.

| 01/14/2009 13:15:10 | RWELSH_278 | PL | SUP | RA | RM | |
| 01/14/2009 13:15:10 | RWELSH_278 | PL | SUP | RA | NI | SF |
| 01/14/2009 12:54:51 | SYSTEM | PL | SYS | AUD | | |

## ACCOUNT INFORMATION REPORT

CCOUNT#:   15096181080902422

Forwarder: CACH043/FIA-MBNA
   Acct#:  4264298996516905

Original Creditor: MARYLAND NATIONAL BANK, N.A.
       Debt Type: CC

STATUS: FRANCHISE REVIEW(OH)

Assigned to: RWELSH_278

**FINANCIAL**

| | Placement | |
|---|---|---|
| 09/12/2008 | $6,383.36 | |
| **Last Payment** | | $0.00 |
| Rm. Pl. Amt. | | $6,383.36 |
| Interest | | $1,070.41 |
| Attorney | | $0.00 |
| Court | | $200.00 |
| Misc | | $0.00 |
| **BALANCE** | | **$7,653.77** |

WIP#  0    Days Left  0

---

Personal[1] Employer Name of 'HOMEQ SERVICING' added,
Employer Address1 of '4837 WATT AVE 100' added, Employer
City of 'NORTH HIGHLANDS' added, Employer State of 'CA'
added, Employer Zip of '95660' added.

01/14/2009 12:54:51  RWELSH_278        PL      SUP RA   NI  EM
****Located/Updated POE, prep'd 1033 to atty for signing/VOD
req

01/11/2009 19:26:05  STARSADM          PL      SYS AUD  INT
Posted interest of $124.95 for 30 days, from 11-DEC-2008 to
10-JAN-2009 based on a balance of 6383.36 and a rate of
23.49%.

01/05/2009 10:58:04  SYSTEM            PL      SYS AUD  FD  BKR
Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub
on 05-JAN-2009

12/27/2008 05:08:29  SYS               PL      AO
This account has been transferred to Qlaw

12/26/2008 18:57:28  SYSTEM            PL      SYS AUD
Account: Misc Comment of 'AUTOMATED LEGAL ACCOUNT MOVEMENT'
added; Reassigned from 'LAW OFFICES OF SIDNEY MICKELL' to
'MICKELL-181-LEGAL', Assignee from 'MMARTINEZ181' to
'<Unassigned>'.

12/26/2008 18:57:28  SYSTEM            PL      SYS AUD
Account: Assignee from '<Unassigned>' to
'SMICKELL_278'.

12/26/2008 18:57:28  MWAREADMIN        NULL    SYS AUD
Account reassigned and accepted by rule

12/26/2008 16:14:24  SYSTEM            G       SYS AUD
Account: Queue from 'G' to 'PL'.

12/26/2008 16:14:24  MMARTINEZ181      G       SYS AUD
Account Approved for Suit: REAL PROPERTY;

12/26/2008 16:14:24  MMARTINEZ181      PL      COL RA   SR

12/26/2008 16:14:17  SYSTEM            G       SYS AUD
Bank/Assets[1] Address1 of '402 DONNER CT' added, City of
'WHEATLAND' added, State of 'CA' added, Zip Code of '95692'
added; Property Address of '015743011' added, Account Type
of '0' added.

12/26/2008 16:14:17  MMARTINEZ181      G       COL RA   BN

12/11/2008 19:21:45  STARSADM          G       SYS AUD  INT
Posted interest of $124.95 for 30 days, from 11-NOV-2008 to

## ACCOUNT INFORMATION REPORT

ACCOUNT#:   15096181080902422                          FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                    Placement
   Acct#:   4264298996516905                    09/12/2008           $6,383.36
                                                   Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                        $0.00
       Debt Type:  CC                            Rm. Pl. Amt.       $6,383.36
                                                     Interest       $1,070.41
                                                     Attorney           $0.00
STATUS:  FRANCHISE REVIEW(DII)                          Court         $200.00
                                   WIP#    Days Left      Misc           $0.00
Assigned to:  RWELSH_278              0       0
                                                     BALANCE        $7,653.77

---

                10-DEC-2008 based on a balance of 6383.36 and a rate of
                23.49%.
12/05/2008 11:19:58  SYSTEM                G        SYS AUD   FD   BKR
                Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub
                on 05-DEC-2008
12/01/2008 15:29:48  SYSTEM                AC       SYS AUD
                Account: Queue from 'AC' to 'G'.
12/01/2008 15:29:48  MMARTINEZ181         G        COL RA    AC
11/28/2008 15:03:36  MMARTINEZ181         AC       COL TOR   NA
11/11/2008 19:07:07  STARSADM             AC       SYS AUD   INT
                Posted interest of $124.95 for 30 days, from 11-OCT-2008 to
                10-NOV-2008 based on a balance of 6383.36 and a rate of
                23.49%.
11/06/2008 17:21:52  SYSTEM               AC        SYS AUD   FD   BKR
                Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub
                on 06-NOV-2008
10/24/2008 10:59:52  MMARTINEZ181         AC       COL TOR   NA
10/16/2008 15:14:24  SYSTEM               AC       SYS AUD
                Account: Assignee from 'OPENDESK181' to 'MMARTINEZ181'.
10/16/2008 15:12:43  SYSTEM               AC       SYS AUD
                Account: Assignee from 'AARJONILLA' to 'OPENDESK181'.
10/11/2008 19:00:47  STARSADM             AC       SYS AUD   INT
                Posted interest of $79.14 for 19 days, from 22-SEP-2008 to
                10-OCT-2008 based on a balance of 6383.36 and a rate of
                23.49%.
10/08/2008 11:19:53  AARJONILLA           AC       COL TOR   NA
                ph hm # spk w/ male sd tht cn ws at work ,,,ended call.
10/06/2008 18:25:14  SYSTEM               AC        SYS AUD   FD   BKR
                Debtor 1 EVON CATHERINE M was sent to FirstDATA for BK scrub
                on 06-OCT-2008
09/30/2008 14:02:53  SYSTEM               AC       SYS AUD
                Account: Collector notes of '530-635-6348 CELL' added.
09/30/2008 14:02:53  FDILLARD             AC       COL RA    CN
09/30/2008 14:02:33  SYSTEM               AC       SYS AUD
                Personal[1] On Notice of '1' added, Date On Notice of
                '09/30/2008' added, On Notice @Work of '1' added, On Notice
                Verbally of '1' added.
09/30/2008 14:02:33  FDILLARD             AC       COL RA    NI   ON
                poe.. home eq servicing.. roseville, ca

FROM

## ACCOUNT INFORMATION REPORT

ACCOUNT#:    15096101080902422                    FINANCIAL

Forwarder:  CACH043/FIA-MBNA                                   Placement
    Acct#:  4264298996516905                      09/12/2008      $6,383.36
                                                        Last Payment
Original Creditor:  MARYLAND NATIONAL BANK, N.A.                      $0.00
        Debt Type:  CC                        Rm. Pl. Amt.      $6,383.36
                                                 Interest      $1,070.41
                                                 Attorney          $0.00
STATUS:  FRANCHISE REVIEW(DH)          WIP#      Days Left        Court        $200.00
                                          0           0           Misc          $0.00
Assigned to:  RWELSH_278
                                                     BALANCE     $7,653.77

4837 Watt Avenue, Suite 200
North Highlands, CA 95660
H:(530)483-9059
530-635-6348 cell
no sps cell..
has checking acct..
***jgestl*** sp with dtr tdna mm states that she will cb
with something states that all she can do is 10 per month..
sent dtr for somethig.. .. does not want calls at work ..
..

| | | | | | |
|---|---|---|---|---|---|
| 09/29/2008 16:03:00 | AARJONILLA | | AC | COL | TDH | NA |

ph hm #

| | | | | | |
|---|---|---|---|---|---|
| 09/29/2008 13:22:12 | AARJONILLA | | AC | COL | TDH | NA |

ph hm # id cns daughter,,sd tht cn ws at work ,,tld her
needed msg to her ,,,and wnted to speak with her today ,,sd
tht would get msg to her ,,

| | | | | | |
|---|---|---|---|---|---|
| 09/28/2008 23:24:47 | AGESTLCA | | AC | SYS | AUD | |

Account exported to Dialer File

| 09/24/2008 16:51:04 | AARJONILLA | AC | COL | TDW | LMR |
|---|---|---|---|---|---|

ph hm # lmr

| 09/23/2008 12:07:31 | AARJONILLA | AC | COL | TDH | LMR |
|---|---|---|---|---|---|
| 09/22/2008 11:59:33 | AARJONILLA | AC | COL | TO | NA |

ph hm #

| 09/22/2008 11:13:35 | SYSTEM | G | SYS | AUD | |
|---|---|---|---|---|---|

Account: Queue from 'G' to 'AC'.

| 09/22/2008 11:13:35 | AARJONILLA | AC | COL | TDH | AC |
|---|---|---|---|---|---|
| 09/22/2008 11:13:32 | SYSTEM | NB | SYS | AUD | |

Account: Queue from 'NB' to 'G'.

| 09/22/2008 11:13:32 | AARJONILLA | NB | COL | TDH | NA |
|---|---|---|---|---|---|

ph hm # n/a

| 09/19/2008 12:03:24 | AARJONILLA | NB | COL | TO | NI |
|---|---|---|---|---|---|

*******************accurint search ***************rev
ss #
CATHERINE M EVON
Gender: Female
565-17-xxxx
402 DONNER CT
WHEATLAND CA 95692-9266
Dec 03 - Aug 08 530-483-9059 - PDT

06/22/2009 05:22:33

FROM                          (TUE)JUN 23 2009 10:09/ST. 10:06/No. 6851286387 P 20

## ACCOUNT INFORMATION REPORT

**ACCOUNT#:**  15096181080902422                                **FINANCIAL**

**Forwarder:**  CACH043/FIA-MBNA                                          **Placement**
    **Acct#:**  4264298996516905                            09/12/2008          $6,383.36
                                                                         **Last Payment**
**Original Creditor:**  MARYLAND NATIONAL BANK, N.A.                                  $0.00
    **Debt Type:**  CC                                  **Rm. Pl. Amt.**      $6,383.36
                                                              **Interest**       $1,070.41
                                                              **Attorney**           $0.00
**STATUS:**  FRANCHISE REVIEW(DH)            **WIP#**    **Days Left**    **Court**        $200.00
                                             0          0          **Misc**           $0.00
**Assigned to:**  RWELSH_278

                                                              **BALANCE**       $7,653.77

---

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,p.o.a. search
accurint search ,
CATHERINE M EVON
SSN - 565-17-xxxx
HOMEQ OF THE MONEY STORE
4837 WATT AVE 100
N HIGHLANDS, CA 95660-5108
Feb 01 - Jun 01 ,,,,,no info fnd thru search ,,,,,,,,
accurint search RELATIVES ,,,,,,,, PATRICIA A EVON
237-68-xxxx Probable Current Address 5852 AMBLER ST
APT 585 916-427-4202
DOB: 07/1943 ( 65) SACRAMENTO CA 95823-3849 EVON
MIKE & PAT ,,,,,,,,,,,,,,,,,,,,,,,,,,,,called and spk
w/ male sd tht wsnt firmiliar w/ cn but could call bckand
speak with parents in bout 20
minutes,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
09/17/2008 20:18:21  SYSTEM              NB         SYS AUD
LETTER DM1P ID 39996226 PRINTED ON 2008-09-17, AT OUTSOURCE
VENDOR High Cotton
09/17/2008 11:12:54  AARJONILLA          NB         COL TDW  LMR
ph hm|# lmr
anywho.com REVERSE SEARCH
09/17/2008 06:39:55  SYSTEM              H          SYS AUD
Account: Oucue from 'H' to 'NB'.
09/17/2008 06:34:36  SYSTEM              H          SYS AUD
LETTER DM1P ID 39996226 SENT 17-SEP-08, TO OUTSOURCE VENDOR
High Cotton
09/17/2008 06:33:32  SYSTEM              DM         SYS AUD
Account: Queue from 'DM' to 'H', Misc Comment of 'LEXISNEXIS
PROCESS DEBTOR 1 CATHERINE EVON' removed.
09/16/2008 19:19:48  SYSTEM              DM         SYS RA   NI
CRR RESULTS RETURNED FOR (1) CATHERINE EVON.
09/16/2008 18:38:16  SYSTEM              DM         SYS AUD
Account: Assignee from '<Unassigned>' to
'AARJONILLA'.
09/16/2008 16:35:04  SYSTEM              DM         SYS AUD
Account: CA Account Number from '15096144007535209' to
'15096181080902422', Reassigned from 'PENDING APPROVAL' to
'LAW OFFICES OF SIDNEY MICKELL'.

FROM                                         (TUE)JUN 23 2009 10:09/ST. 10:06/No. 6851286387 P 21

## ACCOUNT INFORMATION REPORT

**ACCOUNT#:**   15096181080902422            **FINANCIAL**

**Forwarder:**  CACH043/FIA-MBNA                        **Placement**
     **Acct#:**  4264298996516905                09/12/2008        $6,383.36
                                                       **Last Payment**
**Original Creditor:**  MARYLAND NATIONAL BANK, N.A.                       $0.00
        **Debt Type:**  CC                    Rm. Pl. Amt.      $6,383.36
                                                Interest       $1,070.41
                                                Attorney           $0.00
**STATUS:**  FRANCHISE REVIEW(OH)      **WIP#**   **Days Left**      Court        $200.00
                                         0         0         Misc           $0.00
**Assigned to:**  RWELSH_278
                                                **BALANCE**       $7,653.77

---

09/16/2008 16:35:04  SMICKELL              DM         SYS AUD
     SMICKELL approved this New Business account.
09/15/2008 07:30:26  SYSTEM                DM         SYS AUD
     Debtor[1] Zip Code from '95692' to '95692-9266', Country of
     'USA' added, County of 'YUBA' added.
09/13/2008 01:38:41  SYSTEM                          SYS AUD
     Property Source of 'LEXIS' added, Address of '402 DONNER CT'
     added, City of 'WHEATLAND' added, State of 'CA' added, Zip
     of '956929266' added, County of 'YUBA' added, Owner of
     'EVON CATHERINE M' added, Owner Occupied of 'Y' added,
     Assessed Value of '283595' added, Market Value of '283595'
     added.
09/13/2008 01:38:41  SYSTEM                NCOA       SYS AUD
     Account: Queue from 'NCOA' to 'DM', Misc Comment of
     'LEXISNEXIS PROCESS DEBTOR 1 CATHERINE EVON' added.
09/13/2008 01:38:41  SYSTEM                NCOA       SYS AUD  LX  PROP
     LEXIS FOUND OWNED PROPERTY FOR DEBTOR 1 CATHERINE M EVON IN
     THE MEDIA PAGE
09/12/2008 17:25:23  SYSTEM                NCOA       SYS AUD  LX  LP2
     Debtor 1 CATHERINE EVON was sent to LexisNexis for
     processing
09/12/2008 15:51:19  STARS                 NCOA
     ACCOUNT CREATED - CLIENT DATA LOADED (ID 144)

# EXHIBIT F

# The Law Office of Sidney Mickell

5050 Palo Verde Street
Suite 113
Montclair, California 91763
Telephone (909) 568-0754

Telefax (909) 568-0766

January 14, 2009

Catherine Evon   PERSONAL AND CONFIDENTIAL
C/O Homeq Servicing
4837 Watt Ave #100
North Highlands CA, 95660

Creditor: CACH, LLC Our File Number: 15096181080902422
Original Creditor: Maryland National Bank
Original Account Number: 4264298996516905
Balance: $ 6837.35

Dear Ms. Evon

This office has attempted to avoid the costly and time consuming process of litigating the above-mentioned debt. Unfortunately, it appears that our efforts have failed.

Because you have chosen to limit our alternatives in resolving Account Number 15096181080902422, California Code of Civil Procedure Section 1033, requires us to inform you of the fact that we intend to commence legal action against you in the Superior Court of the State of California, which could result in a judgment against you.

California Code of Civil Procedure, Section 1033, also requires us to inform you that such a judgment awarded against you could not only include the principle due, but pre-judgment interest, court costs, and attorney fees as well.

**According to California Law, a judgment awarded against you, among other things, could result in remedies such as Wage Garnishments, Bank Account Levies, or Attachments of your assets, as well as accrue interest at the legal rate of 10% per year.**

Demand is hereby made for immediate payment of the balance in full. Please make out your check, or money order, in the amount of 6837.35 payable to The Law Office of Sidney Mickell. We also accept payments by Visa and Mastercard. In the event this office does not receive your payment in full, or another arrangement is accepted by my client, we will assume that you have chosen litigation, and whichever, of the above-mentioned legal remedies that are reasonable and appropriate, to be our only alternative.

Sincerely,

Sidney B. Mickell

BE ADVISED, THIS IS AN ATTEMPT TO COLLECT A DEBT BY A LEGAL DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATION.

SM 00021

# EXHIBIT G



Law offfice of Sidney H. Mickell
5050 Palo Verde St. Ste. 113
Montclair, CA 91763

# EXHIBIT H

(WED)JUL  1 2009 12:  31.12:40/No.0851286433 P  5

| | CM-010 |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Sidney H. Mickell, Esq. (CA Bar # 120027)
5050 Palo Verde Street Ste. 113
Montclair, CA 91763
TELEPHONE NO: (909) 568-0752    FAX NO: (909)568-0766
ATTORNEY FOR *(Name)*: CACH, LLC

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** YUBA
STREET ADDRESS: 215 FIFTH STREET,
MAILING ADDRESS: MARYSVILLE, CA 95901
CITY AND ZIP CODE: MAIN COURTHOUSE
BRANCH NAME:

**CASE NAME:**
CACH, LLC vs. CATHERINE EVON and Does 1-10

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | **CASE NUMBER:** |
|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter    ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT. |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☒ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 2
5. This case ☐ is ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: January 15, 2009

SIDNEY H. MICKELL, ESQ.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)- Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice—
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

ENDORSED FILED
YUBA
SUPERIOR COURT

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2009 FEB -6 PM 1: 04

H. STEPHEN KONISHI
CLERK OF THE COURT
BY N. EDWARDS

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CATHERINE M EVON AND DOES 1 THROUGH 10,
INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CACH, LLC

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

YCMCCV G

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF YUBA
215 FIFTH STREET,
MARYSVILLE, CA 95901

CASE NUMBER:
*(Número del Caso):* **09 - 0 0 0 0 0 7 9**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sidney H. Mickell, Esq. (CA Bar # 120027)
5050 Palo Verde Street Ste. 113
Montclair, CA 91763; Phone: (909) 568-0752

H. STEPHEN KONISHI

DATE:
*(Fecha)* FEB 0 6 2009

Clerk, by N. EDWARDS , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other (specify):
4. ☐ by personal delivery on (date):

(SEAL)

SEAL

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
SUMMONS
Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

ENDORSED-FILED
YUBA COUNTY
SUPERIOR COURT

2009 FEB -6 PM 1: 06

H. S. _____
CLERK OF THE COURT
BY: N. EDWARDS
DEPUTY CLERK

SIDNEY H. MICKELL, ESQ.  (CA Bar # 120027)
Law Office of Sidney Mickell
5050 Palo Verde Street Ste. 113
Montclair, CA 91763
Phone No.: (909) 568-0752
Fax No.:   (909)568-0766

Attorney for Plaintiff
CACH, LLC.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF YUBA

Main Courthouse—LIMITED JURISDICTION

| | |
|---|---|
| CACH, LLC<br><br>     Plaintiff,<br><br>  vs.<br><br>CATHERINE M EVON, and DOES 1 THROUGH 10, INCLUSIVE ,<br><br>     Defendants. | Case No.:<br><br>**YCMCCV G**<br>**09 - 000079**<br><br>COMPLAINT FOR BREACH OF CONTRACT, COMMON COUNTS, AND ACCOUNT STATED<br><br>LIMITED JURISDICTION<br>The amount demanded<br>does not exceed $10,000.00 |

1.　Plaintiff, CACH, LLC (hereinafter, "Plaintiff"), is a limited liability Company organized and existing in the State of Colorado.  Plaintiff is authorized to do business in the State of California.

2.　Plaintiff may be contacted through its undersigned attorney of record.

3.　Plaintiff alleges that Defendant, CATHERINE M EVON, (hereinafter "Defendant") is a natural person, resident of the County of Yuba, residing at 402 DONNER CT , WHEATLAND, CA 95692.

4.　Plaintiff does not know either the true names or capacities of the Defendants sued herein as DOES 1 through 10, and therefore, sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when they are ascertained.  Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Defendants are responsible in some manner for the occurrences herein alleged and that

1  Plaintiff's losses as herein alleged were proximately caused by Defendant's acts. Plaintiff is

2  informed and believes and thereon alleges that at all times herein mentioned, each of the

3  remaining Defendants were acting in the course and scope of such relationship and/or with the

4  permission, consent, authority and ratification of each of the other Defendants.

5        5.      The allegations of this complaint stated under information and belief have

6  evidentiary support, or are likely to have evidentiary support after a reasonable opportunity for

7  further investigation or discovery.

8                          **SPECIFIC ALLEGATIONS**

9        6.      Plaintiff alleges that on or about April 11, 2005, or sometime thereafter,

10  MARYLAND NATIONAL BANK, N.A., later known as BANK OF AMERICA (hereinafter,

11  "Original Creditor"), issued a credit card in the Defendant's name under its account number

12  identified as 4264298996516905. Defendant received and used the card and thereby became

13  obligated to pay for the charges incurred with the card. A true and correct copy of the original

14  credit card agreement is attached herewith as Exhibit "A".

15       7.      Plaintiff is informed and believes that the essential terms of the agreement were

16  that Original Creditor would allow Defendant to use a revolving credit card for charges, with a

17  pre-set spending limit, and monthly interest charges, in exchange for Defendant's promise to pay

18  timely for the use of said card.

19       8.      Plaintiff is informed and believes that on or about September 28, 2008, Defendant

20  defaulted on the obligation by failing and refusing to pay the monthly charges as agreed and card

21  charging privileges were cancelled. Defendant made a final payment on June 30, 2008, and has

22  refused, despite demands, to make payment since that date. The entire balance on the credit card

23  is presently due and payable in full.

24       9.      On August 30, 2008, the credit card account was "charged off" by the Original

25  Creditor. On or about September 12, 2008, the credit card account was purchased in full by

26  Plaintiff. All of the rights and interests of the Original Creditor were transferred to the Plaintiff.

27  The total account balance purchased by Plaintiff was $6,383.36. The transfer was memorialized

28  in writing.

10.     Plaintiff has all rights, title and interest under the agreement between the Original Creditor and Defendant, including the right to bring this action due to Defendant's breach of the agreement.

11.     On or about September 17, 2008, Plaintiff provided Defendant a written notice of the transfer of all rights under the agreement. This written notice was provided to Defendant via first class mail.

12.     On January 14, 2009, Plaintiff also informed Defendant that, in the event that Plaintiff was required to bring an action in court to enforce Plaintiff's rights under the agreement, that Plaintiff would seek an order for attorney's fees and costs. This written notice was provided to Defendant via first class mail.

## FIRST CAUSE OF ACTION-BREACH OF CONTRACT

13.     Plaintiff re-pleads all previous paragraphs of this Complaint, and incorporates them by reference, as if they were fully said forth herein.

14.     The issuance of a credit card constitutes the offer of a contract. *See, e.g. Bank One, Columbus, N.A. vs. Palmer,* 63 Ohio App.3d 491, 492, 579 N.E.2d 284, 285 (Ohio Ct. App. 1989). Use of a credit card constitutes acceptance of the terms of the card member agreement. *See, e.g., Grasso vs. First USA Bank,* 713 A.2d 304 (Del. 1989); *Read v. Gulf Oil Corporation,* 114 Ga. App. 21, 150 S.E.2d 319, 320 (1966); *Petroleum Co. v. McMillan,* 168 S.W. 2d881 (Tex. Civ. App. 1943). Even in the absence of such agreement the issuance of the credit card constitutes an offer of credit, and the use of the credit card constitutes the acceptance of the offer of credit. *Feder v. Fortunoff,* 474 N.Y.S. 2d 937 (N.Y.1984), citing *Empire Nat'l Bank v. Monahan,* 82 Misc. 2d 808, 970 N.Y.S. 2d 840 (N.Y.) County Ct. 1975).

15.     By using and/or authorizing the use of the credit card the Defendant accepted the contract with the Original Creditor and became bound to pay for all charges incurred with the credit card. Defendant also became subject to all the terms and conditions of the Original Creditor's cardholder agreement.

16.     The Original Creditor sent to the Defendant monthly statements reflecting, all charges incurred with the credit card, the monthly payment due, and the total balance due.

Plaintiff is informed and believes that Defendant did not provide Original Creditor or Plaintiff any disputes of the monthly bills or the charges reflected thereon. Defendant's failure to submit such disputes constitutes an admission of the account balance.

17.     Defendant defaulted in the payment obligation on the credit card. Such breach of contract proximately caused Original Creditor damages in the amount of the balance due on the credit card account. That obligation has been assigned to the Plaintiff, who is the party entitled to enforce the contract and receive the payment of the credit card balance due.

18.     Defendant is liable to Plaintiff in the amount of $6,383.36, that being the amount due as of 09/22/2008, 5 days after the initial demand letter was sent to Defendant; plus interest, at the contract rate of 23.490% per annum, to the date of judgment. Plaintiff seeks judgment for such sums.

## SECOND CAUSE OF ACTION—COMMON COUNTS

19.     Plaintiff re-pleads all previous paragraphs of this Complaint, and incorporates them by reference, as if they were fully said forth herein.

20.     Defendant received and used the credit card, together with interest thereon. With each use of the credit card the Original Creditor paid money on Defendant's behalf to the merchant with whom the credit card was used. The Defendant is liable for repayment of such sums under the doctrine of money had and received.

21.     Plaintiff is assignee of the Original Creditor's right to be repaid by Defendant for such money had and received, and Plaintiff is entitled to recover from Defendant the balance due. Plaintiff is also entitled to recover the contractual interest at a rate of 23.490% per annum. Plaintiff seeks judgment for such sums, together with post-judgment interest at the maximum rate allowed by law.

## THIRD CAUSE OF ACTION-ACCOUNT STATED

22.     Plaintiff re-pleads all previous paragraphs of this Complaint, and incorporates them by reference, as if they were fully said forth herein.

23.     Plaintiff asserts that Defendant's use of the credit card to purchase goods and services represented a periodic account, for which the Original Creditor generated regular

monthly statements. Defendant is liable to Plaintiff, the assignee of the account, for the account balance, together with the interest thereon at a rate allowed by law.

## CONDITIONS PRECEDENT

24.    Plaintiff has demanded payment from Defendant, but Defendant has not satisfied such demand. Plaintiff has performed all conditions precedent to the filing of this action, or all such conditions precedent have occurred.

## ATTORNEY FEES

25.    Pursuant to the credit card agreement and California Code of Civil Procedure §1717.5, Plaintiff is entitled to recover reasonable attorney's fee and court cots for the pursuit of this action. Such amount is subject to determination by the Court, and Plaintiff requests that the Court award attorney's fees in the amount that it determines to be reasonable in this action, together with cots.

## PRAYER

Plaintiff prays for the following on all causes of action:

1.    An award of damages in the amount of $6,383.36, which is the unpaid amount owed by Defendant

2.    Interest at the rate of 23.490% per year, from September 22, 2008 to the date of Judgment;

3.    Costs of suit herein;

4.    Reasonable Attorney's fees pursuant to contract and California Code of Civil Procedure §1717.5, in the amount determined by court to be reasonable;

5.    All such other and further relief to which Plaintiff may be justly entitled.


Dated: January 19, 2009

Law Office of Sidney Mickell

By:
Sidney H. Mickell
Attorney for Plaintiff

## DECLARATION OF VENUE:

I, Sidney H. Mickell, state:

1.      I am the attorney for the Plaintiff. This judicial district is appropriate venue for this action because:

-At least one defendant resides in this judicial district.

-The obligation was incurred in this judicial district.

2.      This action is subject to:

-Civil Code Section 1812.10

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Dated:    January 19, 2009

Law Offices of Sidney Mickell

By:

Sidney H. Mickell

<u>VERIFICATION</u>

I, Sidney H. Mickell, am the attorney for Plaintiff in the above entitled action. Plaintiff is absent from the county in which I have my office, and I therefore, verify the pleading pursuant to CCP Section 466 (a), on Plaintiff's behalf. I have read the foregoing complaint and am familiar with its contents. I am informed and believe that the matters contained within it are true and on that ground allege that the matters stated are true.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Dated:   January 19, 2009

                        Law Offices of Sidney Mickell

                        By: _____
                           Sidney H. Mickell
                           Attorney for Plaintiff

**EXHIBIT A**

## VISA* OR MASTERCARD* CARDMEMBER AGREEMENT

### YOUR ACCOUNT

### YOUR CREDIT LINE

### AUTHORIZATIONS

WE ARE PROVIDING YOU WITH THIS INFO/
TO COMPLY WITH FEDERAL AND STATE ...

### YOUR BILLING RIGHTS
### KEEP THIS NOTICE FOR FUTURE USE

© 1998 Bank of America

BCS-9743 4-98

## HOW WE WILL DETERMINE YOUR AMOUNT SUBJECT TO PERIODIC RATE

## OTHER FEES AND CHARGES

## WHEN WE MAY RETURN UNPAID YOUR ACCOUNT CHECKS

## YOUR LIABILITY

## YOUR PAYMENTS

## OTHER IMPORTANT INFORMATION

-1-

-2-

-3-

If the Index is unavailable on the Index Date described above, we may at our option, use: (a) the Index on the next available day after the Index Date, or (b) the reference rate of Bank of America NT&SA as an Index.

The Daily Periodic Rate is the nominal Annual Percentage Rate divided by the number of days in the year rounded to the next highest hundred thousandth of a percentage point.

**Promotional Balances:**
Annual Percentage Rate ("APR") of 3.9% (0.01068% corresponding Daily Periodic Rate) effective through the sixth billing cycle following the month your Account was opened. Thereafter, the Purchase APR below will apply to your purchases.

**Purchases:**
The Annual Percentage Rate for purchases, a variable rate, adjustable quarterly, is the Wall Street Journal prime rate ("Index") plus 8.99 percentage points. Based on this formula, the current Annual Percentage Rate is 16.74% (0.04587% corresponding Daily Periodic Rate).

**Cash Advances:**
The Annual Percentage Rate for cash advances, a variable rate, adjustable quarterly, is the Index plus 12.99 percentage points, with a minimum Annual Percentage Rate of 18.8%. Based on this formula, the current Annual Percentage Rate is 20.74% (0.05683% corresponding Daily Periodic Rate).

**Payment Performance:**
The Annual Percentage Rates described in this Additional Disclosure at all times are subject to the Payment Performance pricing described in the Cardholder Agreement. The current Annual Percentage Rate is 20.74% (0.05683% corresponding Daily Periodic Rate).

## YOUR PAYMENTS

**Minimum Payment Due and Payment Due Date:**
The Minimum Payment Due is equal to the greater of: (a) the Current Minimum Amount Due (2.5% of the New Balance, $10 minimum) plus any Past Due Amount; or (b) any Overdraft Amount, if the New Balance is $10 or less, however, the Minimum Payment Due is the entire New Balance. Your Payment Due Date will be 20 days from the Billing Date if you paid the New Balance by the Payment Due Date in your previous billing cycle, or 25 days from the Billing Date if you did not pay the New Balance by the Payment Due Date.

## OTHER CHARGES

| | |
|---|---|
| Late Charge: | $29 |
| Overlimit Fee: | $29 |
| Returned Payment Fee: | $35 |
| Stop Payment Fee: | $15 |
| Copy Charge: | $3 per item |
| Research Fee: | $15 per hour |

**Affiliate Information-Sharing** Federal law permits us to share with Bank of America affiliate companies information about you or your Account. In addition, we may share with our affiliates information received from outside sources, including information in your Account application ("Outside Information"). If you do not wish us to share Outside Information, you must write to Bank of America, P.O. Box 17025, Richmond, VA 23361-7025 to do so, and include your name, address, telephone number, Account number(s) and social security number.

## POINT EARNINGS AND REWARDS

1. You will accrue a cash rebate equal to the following percentages of your annual Purchases: .50% of the first $4,000, .75% of the next $4,000, 1% of the next $4,000, and 2% of the next $3,000.

2. Your monthly BankAmericard Rewards Billing Statement will show your Cash Rebate earnings, and new Cash Rebate balance.

3. Your Cash Rebate earnings will be linked to your first $15,000 of purchases annually beginning with your October billing cycle and ending with your September billing cycle.

4. Every October, Cash Rebates earned for the previous year (October - September billing cycles) will be calculated. Cardmembers who have earned a Cash Rebate of $2.01 or more will be mailed a check for the amount of their rebate. Cardmembers who have earned Cash Rebates of $2.00 or less will receive a credit to their account.

5. Your Cash Rebate will be forfeited if
   • You are in default of your Cardmember Agreement (e.g. you do not make your Minimum Payment Due by the Payment Due Date); or
   • Your BankAmericard Rewards Account is closed by you or by us.

6. We have the right to suspend or terminate this Program at any time. We also have the right to add, eliminate or modify the Cash Rebate earning and redemption structures.

7. Cash Rebate checks, once received by you, will not be replaced if stolen, lost, destroyed or expired.

8. You will be solely responsible for any federal or state tax liability or reporting on your Cash Rebate.

9. Cash Rebate dollars do not constitute your property.

10. Cash Rebate checks which are not presented for deposit or payment by you within 90 days will be void, and you will forfeit any right to the proceeds which will become the property of Bank of America NA.

# Bank of America

## BANKAMERICARD®
## VISA® OR MASTERCARD®
## CARDMEMBER AGREEMENT

## ADDITIONAL DISCLOSURE

The following terms are for your Visa, MasterCard, Visa Gold, Gold MasterCard, or Platinum Reserve™ Account ("Account"). Except for the terms below, the terms in the enclosed Cardmember Agreement apply. If there is a conflict, the terms in this Additional Disclosure will control.

### YOUR ACCOUNT

**Overdraft Protection:**
If your Bank of America personal checking account is overdrawn and your Account is linked for Overdraft Protection, we may transfer funds from your Account to cover the overdraft (in multiples of $100), as long as your Account has sufficient available credit and you are not in default under this Agreement. If your checking account is outside California, Overdraft Protection may not be available.

### FINANCE CHARGE

**Minimum Finance Charge:**
50¢ in any billing cycle in which a Finance Charge based on a periodic rate for Purchases is payable.

**Cash Advance Fee:**
ATM Advances and Account Checks — 3% ($3 minimum)
Overdraft Protection — 3% ($6 minimum)
Cash Disbursements — 3% ($10 minimum)
Quasi Cash — 4% ($20 minimum)

### PERIODIC RATES

Each quarter, we compute the Annual Percentage Rate by starting with an Index which is the Prime Rate (the base rate on corporate loans at large U.S. money center commercial banks) that is published in The Wall Street Journal ("Index"). We use the Index in effect on the following dates to calculate your rates in the following billing cycles:

We will determine your Index as follows:

| Index on the Last Business Day in: | Applies to Billing Cycles with Billing Dates in: |
|---|---|
| November | January, February, March |
| February | April, May, June |
| May | July, August, September |
| August | October, November, December |

BC-5078 PR 3-99

Recycled Paper

© 1999 Bank of America