SERGEI LEMBERG (admitted *Pro Hac Vice*)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

Attorneys for Plaintiff,
Catherine Evon

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Catherine Evon,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Law Offices of Sidney Mickell; Sidney Mickell, Esq.; and Does 1-100, inclusive,<br><br>　　　　Defendants. | Case No.:  2:09-cv-00760-JAM-GGH<br><br>NOTICE OF FILING SEALED DOCUMENTS<br><br>**[FILED CONCURRENTLY WITH NOTICE OF MOTION AND MOTION FOR (1) PARTIAL SUMMARY JUDGMENT ON LIABILITY AND (2) REOPENING OF DISCOVERY ON THE ISSUE OF DAMAGES]**<br><br>**Hearing: June 2, 2010**<br>**Time: 9:30 a.m.**<br>**Courtroom 6** |

**PLEASE TAKE NOTICE** that Pursuant to Local Rule 141, the Plaintiff, Catherine Evon, is filing under seal the following documents subject to the parties stipulated protective order.

1. <u>Exhibit 1</u> – sealed portions of the deposition transcript of Sidney Mickell taken March 25, 2010.

2. <u>Exhibit 3</u> – sealed portions of the Mickell Office's "Collector's Handbook" produced as SM 00070 – SM 00122.

3. <u>Exhibit 4</u> – sealed portions of the Account Information Report produced by Defendants as SM 00001 – SM 00020.

4. <u>Exhibit 5</u> – sealed portions of the Mickell Document Production produced as SM 00308 – SM 00624.

5. <u>Exhibit 6</u> – sealed portions of the deposition transcript of Jeremy Michael Gestl taken March 26, 2010.

6. Plaintiff's Local Rule 260(a) Statement of Undisputed Facts – Unredacted.

7. Plaintiff's Memorandum in Support of Plaintiff's Motion – Unredacted.

8. Appendix of sealed portions of the deposition transcript of Sidney Mickell taken March 25, 2010, submitted in Support of Plaintiff's Motion.

Dated:   May 5, 2010

LEMBERG & ASSOCIATES, LLC
*Attorneys for Plaintiff*

By: /s/ Sergei Lemberg
Sergei Lemberg
1100 Summer Street
Stamford, CT 06905
t: (203) 653-2250
f : (203) 653-3424
slemberg@lemberglaw.com

-1-   NOTICE OF FILING SEALED DOCUMENTS

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 5, 2010 a copy of the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the parties listed below.  This is to further certify that those exhibits, documents and/or recordings identified as filed under seal were sent to the Clerk of the Court for the Eastern District of California, to be filed under seal within twenty-four (24) hours after the filing of the instant notice in accordance with Local Rule 141:

John N. Dahlberg, Esq.
Angelito R. Sevilla, Esq.
Dennis Justin Kelly, Esq.
**Dillingham & Murphy, LLP**
225 Bush Street
6th Floor
San Francisco, Ca  94104-4207
t:(415) 397-2700
f :(415) 397-3300

/s/ Sergei Lemberg

Sergei Lemberg