```
DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY (SBN 191414)
JOHN N. DAHLBERG (SBN 085122)
ANGEL R. SEVILLA (SBA 239072)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
djk@dillinghammurphy.com
jnd@dillinghammurphy.com
ars@dillinghammurphy.com
Attorneys for Defendants
LAW OFFICES OF SIDNEY MICKELL and
SIDNEY MICKELL, ESQ.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE EVON,<br><br>            Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL; and SIDNEY MICKELL, ESQ.; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:09-CV-00760-JAM-KJN<br><br>**DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AS TO EACH CLAIM**<br><br>Date:   June 2, 2010<br>Time:   9:00 a.m.<br>Judge:  Judge John A. Mendez<br>Room:   Courtroom 6, 14th Floor |

1. Defendants object to **Exhibit B to the Declaration of Stephen Taylor In Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment**. First, the entire transcript of the phone conversation between Ms. Evon and Jeremy Gestl is not relevant to any issue raised by the motion for summary judgment, etc. FRE 402. Second, as explained in the accompanying Declaration of A. Sevilla, the exhibit is also not a correct transcription of the recorded conversation between Ms. Evon and Mr. Gestl because it omits a material statement made by Mr. Gestl that show that Mr. Gestl had trouble hearing Ms. Evon's statement. FRE 901; Sevilla Decl. ¶2, Exh. A.

1    2.   Defendants object to **Exhibit 3 to Plaintiff's "Responsive Statement Pursuant to Local Civil Rule 260-56a."** First, Defendants object that there is no declaration or affidavit authenticating the deposition transcript of Plaintiff Catherine Evon. FRE 901, FRCP 56(e). The transcript is merely marked as Exhibit 3 to the unsworn Plaintiff's Responsive Statement, rather than as an exhibit to any authenticating declaration. Second, Defendants object to the citation to the Rough Transcript of the deposition of C. Evon. FRCP 30(f). The Reporter's Statement on page 1 states in relevant part: "The rough transcript may not be cited or used in any way or at any time to rebut or contradict the certified transcript of deposition proceedings as provided by the deposition officer."

Respectfully submitted,

Date: May 26, 2010

DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY
JOHN N. DAHLBERG
ANGELITO R. SEVILLA

By:  / s / JOHN N. DAHLBERG
Attorneys for Defendants
LAW OFFICES OF SIDNEY MICKELL and SIDNEY MICKELL, ESQ.

Case No.: 2:09-CV-00760-JAM-KJN
EVIDENTIARY OBJECTIONS OF DEFENDANT SIDNEY MICKELL