SERGEI LEMBERG (admitted *Pro Hac Vice*)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

Attorneys for Plaintiff,
Catherine Evon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Catherine Evon, | Case No.: 2:09-cv-00760-JAM-GGH |
|---|---|
| Plaintiff, | **AFFIDAVIT OF SERGEI LEMBERG IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS** |
| vs. | |
| Law Offices of Sidney Mickell; Sidney Mickell, Esq.; and Does 1-100, inclusive, | |
| Defendants. | |

STATE OF CONNECTICUT )
) ss.:
COUNTY OF FAIRFIELD )

**SERGEI LEMBERG**, being first duly sworn, deposes and says:

1. I am the founder, principal, sole member and manager of Lemberg & Associates, L.L.C., a Connecticut Limited Liability Company organized for the practice of law (the "Firm"). My Firm represents the Plaintiff, Catherine Evon, in the above-entitled action. I am licensed to practice law in the states of Connecticut, Massachusetts and New York and am appearing *pro hac vice* in this matter. I have personal knowledge of the facts set forth in this affidavit and if called as a witness, I could testify to the facts contained herein.

2. I have reviewed the Affidavits submitted by my Associates, Susan Schneiderman, Stephen Taylor and Ernest Guadiana, submitted herewith as Exhibits A, B and C, respectively. I have also reviewed their respective time records. Based upon my review, I believe that the affidavits submitted to the Court regarding the time and expenses necessitated for compliance with the parties' Stipulated Protective Order herein accurately set forth the actual time and expenses. Accordingly, I respectfully ask that the Court award Plaintiff attorneys' fees in the amount of $4,580 and costs in the amount of $146.95, for a total of $4,726.95.

3. On June 2, 2010, I appeared before the Court with respect to the parties' cross motions for summary judgment and Plaintiff's motion for class certification. Prior to the close of the hearing, the Court authorized submission by the Plaintiff of a "declaration with supporting documentation as to how much…extra time you spent complying with the protective order." The declaration was to be submitted "within the next ten days." A copy of the relevant transcript portion is annexed hereto as Exhibit D.

4. My notes regarding the limited fee application simply reflected that we had 10 days within which to comply. Since I did not have a transcript or any official record confirming the Court's instructions, I believed in good faith that the application was due within 10 days of the filing (and receipt) of the June 2, 2010 transcript.

5. The transcript was filed on June 9, 2010. I received my copy from Court Reporter Kelly O'Halloran on June 14. A copy of Ms. O'Halloran's e-transmittal to me is annexed hereto as Exhibit E.

6. By June 14, 2010, more than 10 days had already elapsed from the hearing date. Basing the due date upon the transcript filing date, the fee application is due today, June 21, 2010. Were it based upon my receipt of the transcript, the due date would be Tuesday, July 6, 2010. Accordingly, we respectfully ask that this application be accepted as timely.

_____
Sergei Lemberg

Subscribed and sworn to
before me this 21 day
of June, 2010

_Volodymyr Misuyk, Commissioner of the Superior Court_
Commissioner of the Superior Court

---

AFFIDAVIT OF SERGEI LEMBERG IN SUPPORT OF
ATTORNEY'S FEES AND COSTS