UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE EVON,<br><br>        Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL; and<br>SIDNEY MICKELL, ESQ.; and<br>DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  2:09-CV-00760-JAM- KJN<br><br>**ORDER  ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |

      Plaintiff having filed her First Amended Class Action Complaint (the "Complaint") [Docket Entry 17] on July 17, 2009, asserting in Counts I through VII, inclusive, that the Defendants violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§1692c(b), 1692e(4), 1692e, 1692e(10), 1692b(2) and 1692c(a)(3), respectively and asserting in Count VIII that the Defendants violated California's Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code §§1788 *et. seq.*; and

      Plaintiff having previously withdrawn Counts VII and VIII of the Complaint; and

The parties having filed, on May 5, 2010, cross-motions for summary judgment [Docket Entries 49 through 54, inclusive]; and

      Plaintiff, Catherine Evon, having thereby moved for partial summary judgment summary judgment [Docket Entries 52 through 54, inclusive], on liability only, with respect to Counts I, II, IV and V of the Complaint; and

      The Defendants, Sidney Mickell and Law Offices of Sidney Mickell, having thereby moved for summary judgment [Docket Entries 49 through 51, inclusive], dismissing each of Counts I through VI, inclusive, of the Complaint; and

PDF created with pdfFactory trial version www.pdffactory.com

The Defendants having opposed Plaintiff's motion [Docket Entry 55] to which Plaintiff replied [Docket Entries 66 and 67]; and

The Plaintiff having opposed Defendants' motion [Docket Entries 58 through 62, inclusive], to which the Defendants replied [Docket Entries 63 and 64]; and

The cross-motions having duly come on to be heard on June 2, 2010; and

Sergei Lemberg, Esq., of Lemberg & Associates, LLC and Lara Shapiro, Esq. special counsel to Lemberg & Associates, LLC having appeared on behalf of the Plaintiff ; and

John N. Dahlberg, Esq., AnnaMary Gannon, Esq. and Angelito Sevilla, Esq. of Dillingham Murphy, LLP having appeared on behalf of the Defendants; and

The Court having read the parties' written submissions and having heard the arguments of counsel and, after due consideration, having rendered its Decision [Docket Entry 71] (a) denying Plaintiff's motion for summary judgment and (b) granting in part and denying in part Defendants' motion for summary judgment, all for the reasons stated in the transcript of the June 2, 2010 proceedings duly filed with the Court [Docket Entry 72] and incorporated herein by reference.

NOW, THEREFORE, for the reasons set forth in the record [Docket Entry 72], it is

ORDERED that Plaintiff's Motion for Partial Summary Judgment is DENIED, in its entirety; and it is further

ORDERED, that Defendants' motion is GRANTED to the extent of dismissing Count II and Count IV of the Complaint.

IT IS SO ORDERED.

Date: June 30, 2010        /s/ John A. Mendez_____
                           Honorable John A. Mendez
                           Judge of the United States District Court

Case No.: 2:09-CV-00760-JAM-KJN
[[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com