UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE EVON, | Case No.  2:09-CV-00760-JAM-KJN |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION TO REOPEN DISCOVERY** |
| LAW OFFICES OF SIDNEY MICKELL; and SIDNEY MICKELL, ESQ.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

In this action under the Fair Debt Collection Practices Act, 15 USC §1692 *et. seq.* ("FDCPA"), Plaintiff's Motion for Class Certification was heard on this Court's calendar on June 2, 2010.  Sergei Lemberg, Lemberg & Associates, LLC and Lara Shapiro appeared for plaintiff and the proposed class.  John N. Dahlberg, AnnaMary E. Gannon, and Angelito R. Sevilla, Dillingham Murphy, LLP, appeared for the defendants.  After due consideration of the moving and opposing papers and having heard oral argument, the Court finds, for the reasons set forth on the record,[1] that plaintiff has not carried her burden of demonstrating that all the requirements of Federal Rules of Civil Procedure, Rule 23(a) have been satisfied. The Motion for Class Certification is therefore denied.

Plaintiff also moves to reopen discovery for the purpose of obtaining additional disclosure relating to Defendants' net worth. Under the FDCPA, 15 U.S.C. § 1692k(a)(2)(B), a Defendant's net worth is used to determine the maximum statutory damages that can be

---

[1] The transcript of the June 2, 2010 proceedings herein [Docket 72] is appended hereto and incorporated herein by reference.

PDF created with pdfFactory trial version www.pdffactory.com

1  awarded to the class. Since the class has not been certified, there is no need for that discovery

2  and plaintiff's motion is denied as moot.

3       IT IS SO ORDERED.

4

5  Date:  June 30, 2010            /s/ John A. Mendez         

                                           Honorable John A. Mendez

6                                             Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com