SERGEI LEMBERG (admitted *Pro Hac Vice*)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Attorneys for Plaintiff,
Catherine Evon*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Catherine Evon, | Case No.: 2:09-cv-00760-JAM-GGH |
| Plaintiff, | **PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |
| vs. | |
| Law Offices of Sidney Mickell; Sidney Mickell, Esq.; and Does 1-100, inclusive, | |
| Defendants. | |

NOW COMES the Plaintiff, Catherine Evon, by and through her counsel, and accepts Defendants' Second Offer of Judgment pursuant to Fed. R. Civ. P. 68, on the terms of the attached Second Offer of Judgment.

Dated:   July 5, 2010

LEMBERG & ASSOCIATES, LLC
*Attorneys for Plaintiff*

/s/ Sergei Lemberg
By: _____
Sergei Lemberg
1100 Summer Street
Stamford, CT 06905
t: (203) 653-2250
f : (203) 653-3424
slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on July 6, 2010, a copy of the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

John N. Dahlberg, Esq.
Angelito R. Sevilla, Esq.`
Dennis Justin Kelly
Dillingham & Murphy, LLP
225 Bush Street
6th Floor
San Francisco, Ca  94104-4207
t:(415) 397-2700
f :(415) 397-3300

/s/ Sergei Lemberg
_____
Sergei Lemberg

| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP<br>DENNIS J. KELLY (SBN 191414) |
| 2 | JOHN N. DAHLBERG (SBN 085122)<br>ANGEL R. SEVILLA (SBN 239072) |
| 3 | 225 Bush Street, 6th Floor<br>San Francisco, California 94104-4207 |
| 4 | Telephone:    (415) 397-2700<br>Facsimile:     (415) 397-3300 |
| 5 | djk@dillinghammurphy.com<br>jnd@dillinghammurphy.com |
| 6 | ars@dillinghammurphy.com |
| 7 | Attorneys for Defendants<br>LAW OFFICES OF SIDNEY MICKELL |
| 8 | and SIDNEY MICKELL, ESQ. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE EVON,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL;<br>and SIDNEY MICKELL, ESQ.; and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:09-CV-00760-JAM-KJN<br><br>**DEFENDANTS' SECOND OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Defendants Law Office of Sidney Mickell and Sidney Mickell, Esq. ("Defendants") hereby offer to allow judgment to be taken against them pursuant to Federal Rule of Civil Procedure 68 as follows:

    1. Judgment in favor of Plaintiff and against both Defendants, inclusive, in the total amount of $1,010.99 (one thousand ten dollars and ninety nine cents).

    2. The reasonable recoverable costs of the action now accrued as determined by the Court, together with a reasonable attorney's fee incurred through the date of this offer, as determined by the Court and including those fees and costs reasonably necessary to establish the amounts of the reasonable recoverable costs and

1  reasonable attorney's fee pursuant to 15 USC §1692k(a)(3).

2      This offer is not a concession or admission of liability on the part of defendants, or

3  an admission or concession that Plaintiff has any damages.  Defendants also do not

4  concede or admit that Plaintiff has a right to appeal any prior ruling of this Court if she

5  accepts this offer.

6  DATED:  June 30, 2010        DILLINGHAM & MURPHY, LLP
                                      JOHN N. DAHLBERG

7                                        ANGEL R. SEVILLA

                By:   /s/ John Dahlberg
                      Attorneys for Defendants
                      LAW OFFICES OF SIDNEY MICKELL
                      AND SIDNEY MICKELL, ESQ.