1  **DILLINGHAM & MURPHY, LLP**
   JOHN N. DAHLBERG (SBN 085122)
2  ANGEL R. SEVILLA (SBN 239072)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300
   jnd@dillinghammurphy.com
5  ars@dillinghammurphy.com

6  Attorneys for Defendants
   LAW OFFICES OF SIDNEY MICKELL and
7  SIDNEY MICKELL, ESQ.

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORIA – SACRAMENTO DIVISION

10

| 11 | CATHERINE EVON, | Case No. 2:09-CV-00760-JAM-KJN |
|---|---|---|
| 12 | Plaintiff, | **AWARD OF  $2,301.95 IN ATTORNEY FEES AND COSTS TO PLAINTIFF** |
| 13 | v. | |
| 14 | LAW OFFICES OF SIDNEY MICKELL; and SIDNEY MICKELL, ESQ.; and DOES 1 through 100, inclusive, | |
| 15 | | |
| 16 | Defendants. | |

17     In this action under the Fair Debt Collection Practices Act, 15 USC §1692 *et. seq.*
18  ("FDCPA"), Plaintiff's Motion for Attorneys Fees and Costs in the amount of $94,417.62 was
19  heard on this Court's calendar on October 20, 2010.  Sergei Lemberg, Lemberg & Associates,
20  LLC appeared for Plaintiff.  John N. Dahlberg, Dillingham Murphy, LLP, appeared for the
21  Defendants.
22     After due consideration of the moving and opposing papers and having heard oral
23  argument, the Court finds, for the reasons set forth on the record, Docket 96, that $630.00
24  representing 1.8 hours at $350.00 per hour is awarded for the work of Mr. Lemberg, and a
25  further $1,260.00 is awarded for the work of attorney Lara Shapiro at $300.00 per hour, for a
26  total of $1,890.00 for attorney fees.

27

28

Case No. 2:09-CV-00760-JAM-KJN
ORDER AWARDING $2,301.95 FEES AND COSTS TO PLTFF

PDF created with pdfFactory trial version www.pdffactory.com

1  For the reasons set forth in the record, costs of $411.95 are also awarded.

2

3  IT IS SO ORDERED.

4

5  Date:  November 12, 2010                    /s/ John A. Mendez
                                                Honorable John A. Mendez
6                                               United States District Court Judge

Case No. 2:09-CV-00760-JAM-KJN
ORDER AWARDING $2,301.95 FEES AND COSTS TO PLTFF

PDF created with pdfFactory trial version www.pdffactory.com