**DILLINGHAM & MURPHY, LLP**
JOHN N. DAHLBERG (SBN 085122)
ANGEL R. SEVILLA (SBN 239072)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
jnd@dillinghammurphy.com
ars@dillinghammurphy.com

Attorneys for Defendants
LAW OFFICES OF SIDNEY MICKELL and
SIDNEY MICKELL, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA – SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE EVON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL; and SIDNEY MICKELL, ESQ.; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:09-CV-00760-JAM-KJN<br><br>**AWARD OF $2,301.95 IN ATTORNEY FEES AND COSTS TO PLAINTIFF** |

　　　　In this action under the Fair Debt Collection Practices Act, 15 USC §1692 *et. seq.* ("FDCPA"), Plaintiff's Motion for Attorneys Fees and Costs in the amount of $94,417.62 was heard on this Court's calendar on October 20, 2010.  Sergei Lemberg, Lemberg & Associates, LLC appeared for Plaintiff.  John N. Dahlberg, Dillingham Murphy, LLP, appeared for the Defendants.

　　　　After due consideration of the moving and opposing papers and having heard oral argument, the Court finds, for the reasons set forth on the record, Docket 96, that $630.00 representing 1.8 hours at $350.00 per hour is awarded for the work of Mr. Lemberg, and a further $1,260.00 is awarded for the work of attorney Lara Shapiro at $300.00 per hour, for a total of $1,890.00 for attorney fees.

Case No. 2:09-CV-00760-JAM-KJN
ORDER AWARDING $2,301.95 FEES AND COSTS TO PLTFF

PDF created with pdfFactory trial version www.pdffactory.com

1  For the reasons set forth in the record, costs of $411.95 are also awarded.

3  IT IS SO ORDERED.

5  Date:  November 12, 2010                              /s/ John A. Mendez
                                                                   Honorable John A. Mendez
                                                                   United States District Court Judge

Case No. 2:09-CV-00760-JAM-KJN
ORDER AWARDING $2,301.95 FEES AND COSTS TO PLTFF

PDF created with pdfFactory trial version www.pdffactory.com