**DILLINGHAM & MURPHY, LLP**
DENNIS J. KELLY (SBN 191414)
JOHN N. DAHLBERG (SBN 085122)
ANGEL R. SEVILLA (SBN 239072)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
jnd@dillinghammurphy.com
ars@dillinghammurphy.com

Attorneys for Defendants
LAW OFFICES OF SIDNEY MICKELL and
SIDNEY MICKELL, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA – SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE EVON,<br><br>           Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL; and SIDNEY MICKELL, ESQ.; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:09-CV-00760-JAM-KJN<br><br>**ORDER AWARDING $1,260.00 TO PLAINTIFF'S FIRM** |

At the June 2, 2010 hearing on Plaintiff Catherine Evon's motion for class certification, and the parties' cross-motions for summary judgment and partial summary judgment, the Court invited counsel for Plaintiff Catherine Evon to submit an affidavit and supporting documents in connection with the time counsel spent redacting documents she filed in this Court, Docket 72, Transcript at pp. 46:1- 48:20.  Plaintiff submitted affidavits in response, Docket 73, and Defendants submitted an Opposition, Docket 80.  The Court ruled that it would make its ruling after receiving Plaintiff Evon's Application for fees and Costs, Docket 83.

Hearing was held October 20, 2010 on Plaintiff's motion for attorney fees and costs. Docket 90.  Sergei Lemberg, Lemberg & Associates, LLC appeared for Plaintiff.  John N. Dahlberg, Dillingham Murphy, LLP, appeared for the Defendants.

///

1  After due consideration of the affidavits submitted by counsel for Plaintiff and the
2  opposition papers submitted on behalf of Defendants and their counsel John Dahlberg, and
3  having heard oral argument, the Court awards sanctions in the amount of $1,260.00 payable by
4  John Dahlberg to the law offices of Lemberg & Associates for the reasons set forth in the
5  record, Docket 96 at pp.1:1-3:25.
6  IT IS SO ORDERED.

8  Date:  November 12, 2010          /s/ John A. Mendez
                                      Honorable John A. Mendez
9                                     Judge of the United States District Court

Case No. 2:09-CV-00760-JAM-KJN
ORDER AWARDING $1,260.00 TO PLAINTIFF'S FIRM

PDF created with pdfFactory trial version www.pdffactory.com