SERGEI LEMBERG (admitted *Pro Hac Vice*)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

Attorneys for Plaintiff,
Catherine Evon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Catherine Evon, | Case No.:  2:09-cv-00760-JAM-GGH |
| Plaintiff, | **AMENDED NOTICE OF APPEAL** |
| vs. | |
| Law Offices of Sidney Mickell; Sidney Mickell, Esq.; and Does 1-100, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Catherine Evon, Plaintiff in this putative class action, in her own behalf and on behalf of all others similarly situated, and the Appellant in the Appeal pending in this action under Ninth Circuit Court of Appeals No. 10-16615, hereby Amends the Notice of Appeal filed July 23, 2010 [Dkt.#86].

NOTICE IS FURTHER GIVEN that the Plaintiff appeals to the United States Court of Appeals for the Ninth Circuit from the following final Orders of the Hon. John A. Mendez, Judge of the United States District Court of the Eastern District of California:

(1) Order dated June 30, 2010 and entered July 1, 2010 [D-78]

    (i) denying Plaintiff's Motion for Partial Summary Judgment and

    (ii) dismissing Counts II and IV of the Amended Complaint; and

(2) Order dated June 30, 2010 and entered July 1, 2010 [D-79]

    (i) denying Plaintiff's Motion for Class Certification; and

    (ii) denying Plaintiff's Motion to Reopen Discovery with respect to class damages.

(3) Order dated November 12, 2010 and entered November 15, 2010 [D-97] awarding Plaintiff $1,890.00 in attorney fees and $411.95 in costs.

To the extent that the Judgment entered July 15, 2010, pursuant to Fed. R. Civ. P. Rule 68 is construed to incorporate the Orders from which this Appeal is taken, such Judgment is also appealed from.

Dated:    November 23, 2010

        LEMBERG & ASSOCIATES, LLC
        *Attorneys for Plaintiff*

        By:   /s/ Sergei Lemberg
        Sergei Lemberg
        *Attorneys for Plaintiff*
        1100 Summer Street
        Stamford, CT 06905
        t: (203) 653-2250
        f : (203) 653-3424
        slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on November 23, 2010 a copy of the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

John N. Dahlberg, Esq.
Angelito R. Sevilla, Esq.
Dennis Justin Kelly
Dillingham & Murphy, LLP
225 Bush Street
6th Floor
San Francisco, Ca  94104-4207
t:(415) 397-2700
f :(415) 397-3300

                                              /s/ Sergei Lemberg
                                              Sergei Lemberg