UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Catherine Evon,<br><br>Plaintiff,<br><br>vs.<br><br>Law Offices of Sidney Mickell; Sidney Mickell, Esq.; and Does 1-100, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-00760(MCE)(KJN)<br><br>**ORDER** |

And now, this 20th day of August, 2012, upon consideration of the Parties' Stipulation to Vacate the Status Conference scheduled for Thursday, August 23, 2012, it is hereby ORDERED that the conference is VACATED. The parties are directed to file a joint notice within thirty (30) days from the date of the electronic filing of this Order as to the status of this case and whether a date should be set for status conference, trial or both.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE