UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHERINE EVON,

       Plaintiff,

v.

THE LAW OFFICE OF SIDNEY MICKELL,

       Defendant.

No. 2:09-cv-00760-MCE-KJN

**ORDER**

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

///

1

```
 1        IT IS HEREBY ORDERED that the Clerk of the Court reassign
 2   this case to the Honorable Kendall J. Newman.  The parties shall
 3   take note that all documents hereafter filed with the Clerk of
 4   the Court shall bear case number 2:09-cv-00760-KJN.  All
 5   currently scheduled dates presently set before Judge England are
 6   hereby VACATED.
 7   DATED: February 25, 2013
```

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

```
12        Having also reviewed the file, I accept reference of this
13   case for all further proceedings and entry of final judgment.
14   DATED: February 26, 2013
```

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE