Mark E. Ellis – 127159
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com

Attorneys for
Defendant LAW OFFICES OF SIDNEY MICKELL AND SIDNEY MICKELL

Lara R. Shapiro – 227194
Law Office of Lara R. Shapiro
4335 Marina City Drive #742
Marina del Rey, CA 90292
Tel: (310) 557-0870
Fax: (424) 228-5351

Sergei Lemberg
(*Admitted pr hac vice*)
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Tel: (203) 653-2250
Fax: (203) 653-3424

Attorneys for
Plaintiff CATHERINE EVON

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE EVON,<br><br>          Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL;<br>SIDNEY MICKELL, ESQ.  and DOES 1-10,<br>inclusive,<br><br>          Defendants. | Case No.:  2:09-CV-00760--KJN<br><br>**ORDER GRANTING JOINT APPLICATION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>DATE:     July 25, 2013<br>TIME:     10:00 a.m.<br>DEPT:     Courtroom 25<br>JUDGE:  Magistrate Judge Kendall J. Newman |

        This case comes before the Court on the Joint Application of Plaintiff Catherine Evon, on

behalf of herself and the class she proposes to represent, and Defendants Law Offices Of Sidney

- 1 -

Mickell and Sidney Mickell (hereafter, "Defendants") for an order granting final approval of the Class Action Settlement Agreement between plaintiff and Defendants.

Having considered the matter, the joint application, and the class settlement agreement,

IT IS HEREBY ORDERED THAT:

1.      The Court finally approves the Settlement Agreement in connection with the April 1, 2013 Order Granting Joint Motion for Class Certification and Preliminary Approval of Class Settlement, and finds that the Settlement is in all respects fair, reasonable, and adequate to the class.

2.      No Members of the Settlement Class have filed requests for exclusion. All Members of the Settlement Class who did not request exclusion are bound by this Final Judgment and by the Settlement Agreement, including the releases provided for in this Final Judgment and pursuant to the Settlement Agreement.

3.      The Court grants the parties' joint request for final approval of the Class Settlement Agreement.  The Court finds that the judicially supervised settlement negotiations were conducted at arms-length and in good faith among counsel for Plaintiff and Defendants and that the terms of the Settlement Agreement are fair, reasonable, and adequate to plaintiff and all members of the Settlement Class.  In addition to the other factors stated herein, the Court finds the Settlement Agreement to be particularly fair, adequate, and reasonable in light of the risk of establishing liability and damages, and the expense of further litigation.

4.      The notice of the Settlement given to those members of the Class entitled to notice was the best notice practicable under the circumstances, including providing direct, individual notice to all members of the Class entitled to notice who could be identified through reasonable efforts.  The notice provided due and adequate notice of those proceedings and of the matters set forth in the proposed settlement to all persons entitled to notice.  The court finds the notice satisfied the requirements of Rule 23(e) of the Federal Rules of Civil Procedure, the requirements of due process, and the April 1, 2013 order of this Court.

5.      First Class, the class action administrator, has filed a declaration with the Court stating that the Notices of Class Action Settlement of the proposed settlement of the Litigation (the "Settlement Notice"), which gave class members the opportunity to request exclusion from the Class,

ORDER GRANTING JOINT APPLICATION FOR FINAL APPROVAL OF CLASS SETTLEMENT

were mailed to the Settlement Class members as ordered by the Court in the Preliminary Approval Order.

6.      Plaintiff Catherine Evon and the Settlement Class members are forever barred and enjoined from initiating or further prosecuting in any forum whatsoever, including but not limited to any federal, state, or foreign court against Defendants (and their heirs, current and former officers, directors, successors, predecessors, executors, administrators, assigns, shareholders, affiliated companies, insurers, attorneys and employees) any and all claims, controversies, liabilities, actions and/or causes of action made in this litigation.

7.      Through the class action administrator First Class, Defendants shall pay $10,000 (the "Settlement Fund") as damages to the Settlement Class Members as designated on Exhibit A to this Order and Judgment pro-rata, that is with each Settlement Class member on Exhibit A hereto to receive an equal share of the $10,000.  Such funds will be sent to all of the Settlement Class Members named on Exhibit A within 45 days from the date of entry of this Order. Any check that remains un-cashed 90 days after issuance will be cancelled and the funds shall be paid to the Voluntary Legal Services Program in Sacramento, California.

8.      Pursuant to the Settlement Agreement, Defendants shall pay class representative, Plaintiff Catherine Evon, $5,000.

9.      Pursuant to the Settlement Agreement, Defendants shall pay the remaining funds from the total settlement amount of $200,000 (after payment to the class members, class representative, and costs of administering the class) to plaintiff's counsel (estimated at $183,779.74), representing reasonable attorney's fees and costs for the prosecution of this action.

10.      This Litigation shall thereafter immediately be dismissed on the merits and with prejudice as to Defendants and this dismissal shall be with each party bearing its own costs and fees, except as otherwise provided herein; and this dismissal shall operate as a retraxit, res judicata and collateral estoppel so as to bar any future suits which arise from or are in any way related to the subject matter of the Litigation.

11.      Without affecting the finality of the Judgment, the Court shall retain jurisdiction of this case to enforce the terms of this Order.

ORDER GRANTING JOINT APPLICATION FOR FINAL APPROVAL OF CLASS SETTLEMENT

1      12.     This order disposes of docket numbers 135 and 136.

2      IT IS SO ORDERED.

3    Dated: July 31, 2013

4                                                  _____
                                                   KENDALL J. NEWMAN
5                                                  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT APPLICATION FOR FINAL APPROVAL OF CLASS SETTLEMENT